ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2025-Jun-13  08:41:55
72CV-25-2508
C04D06 : 6 Pages

## IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
## CIVIL DIVISION

**ISC SOUTH, LLC; and**
**EDWARDS MANAGEMENT GROUP, LLC**                                    **PLAINTIFFS**

**Vs.**                           **Case No. 72CV-25-**

**ZURICH AMERICAN INSURANCE COMPANY**                        **DEFENDANT**

### <u>COMPLAINT</u>

Comes now ISC South, LLC (hereinafter "ISC") and Edwards Management Group, LLC (hereinafter "Edwards") (ISC and Edwards shall collectively be referred to as "Plaintiff") and for Plaintiff's Complaint, makes known to the Court, to wit:

1.    ISC is an Arkansas limited liability company with a principal business location in Springdale, Washington County, Arkansas.

2.    Edwards is an Arkansas limited liability company with a principal business location in Springdale, Washington County, Arkansas.

3.    Defendant Zurich American Insurance Company ("Defendant") is on information and belief a New York state corporation with office locations in New York City, New York, Schaumburg, Illinois, and other locations throughout the United States, to include agencies in the state of Arkansas.  Defendant may be served with service of process via its registered agent, The Corporation Service Company at 300 Spring Building, Suite 900, Little Rock, Arkansas 72201.

4.    This matter involves a first party insurance claim by Plaintiff against Defendant arising from storm damage occurring in April of 2022 to real property owned by ISC and managed by Edwards. The real property is located 2009 S. Arkola Drive and 2100 A S. Turner Street both in Springdale, Washington County, Arkansas (hereinafter collectively the "Property").

1

5.     The Property has two (2) separate addresses, but are adjacent and are contained on one parcel, with ISC becoming the record owner by way of a vesting deed filed of record with the Washington County Ex-Officio Recorder on December 28th, 2007, as file number 2007-0047206.

6.     That Defendant at the time of the loss insured the Property.

7.     Therefore, this Court has jurisdiction of the parties and subject matter hereto and venue is proper.

8.     Edwards is the property manager for the Property, which involved a collective of other properties that fell under one (1) policy binder with Zurich.

9.     On behalf of ISC, Edwards entered into an insurance contract identified as Policy Number CPO 3195825-02 (the "Policy") to insure the Property, as identified in the Schedule of Locations in the Policy.  Edwards and ISC are named insureds under the policy, which is why they are collectively referred to as Plaintiff.  A true and correct copy of the policy is attached hereto as Exhibit A.

10.     The Policy was a broad form policy covering all causes of loss unless specifically excluded under the Policy for the coverage period of February 22nd, 2022 through February 22nd, 2023 (the "Coverage Period").

11.     During the weekend of Friday, April 15th, 2022 through Sunday, April 17th, 2022 (and potentially during other dates occurring during the Coverage Period), the Property was damaged by storms producing large hail and high winds.

12.     Plaintiff discovered damage at the Property and promptly reported same to Defendant.

13.     That despite promptly reporting and there being obvious and apparent damage to the Property supported by photographs and estimates, among other things, Defendant has denied coverage for a full roof replacement, instead issuing partial payments of $3,926.81 for Arkola and $5,887.52 for Turner Street.

14.     That Plaintiff has made demand on Defendant asserting that the roof of the Property is a total loss and Defendant denies same.

15.     Despite demand by Plaintiff to Defendant to adjust the claim for full roof replacement, Defendant has failed and refused to adjust and pay for same.

## CAUSES OF ACTION

### Count I. Breach of Contract.

16.     Plaintiff incorporates the preceding allegations as if set forth herein word for word.

17.     Plaintiff and Defendant entered into a binding insurance contract covering the Property for all perils, unless excluded.

18.     Plaintiff did all that was required of Plaintiff, namely paying premiums, timely reporting a loss, cooperating with Defendant to investigate the claim, and mitigating Plaintiff's damages by paying to prevent any further damage where necessary.

19.     Defendant failed to do what was required of it, namely to pay for the replacement of the roof of the Property less any applicable deductible.

20.     Defendant has breached the parties' insurance contract as a result.

21.     Plaintiff states that it is entitled to judgment against the Defendant in the amount of $44,685.50 with respect to 2009 S. Arkohla Drive, minus any applicable deductible and partial

payments, and $191,757.63 with respect to 2100 A S. Turner Street, minus the applicable deductible and any partial payments made by Defendant.

22.     Plaintiff further states that it is entitled to any increase in cost due to the Defendant's delay in processing the claim and ultimately wrongly denying same under the Doctrine of Prevention of Performance.

## Count II. Penalty plus Attorney Fees

23.     Plaintiff incorporates the preceding allegations herein as if set forth word for word.

24.     Plaintiff states that it has made demand on the Defendant to adjust the claim for a total roof loss as to the Property to include the Arkola address and the 2100 A S. Turner address, minus any applicable deductible.

25.     Arkansas has enacted a statutory remedy for when insurance companies who are liable under a policy of insurance fail to pay a claim when required by the policy after due demand be made. *See* Arkansas Code Annotated § 23-79-208(a)(1) (the insurer "shall be liable to pay the holder of the policy…, in addition to the amount of the loss, twelve percent (12 percent) damages upon the amount of the loss, together will all reasonable attorney's fees for the prosecution and collection of the loss").

26.     Plaintiff states that it is entitled to the statutory penalty and attorney fees.

## JURY DEMAND

27.     Plaintiff hereby requests a trial by jury.

WHEREFORE, the Plaintiff prays for recovery of judgment for breach of an insurance contract as prayed for above, minus any applicable deductible and partial payments; for judgment for reasonable attorney fees under Arkansas Code Ann. § 23-79-208; for the statutory

4

penalty of 12% upon the amount of the loss plus reasonable attorney fees pursuant to Arkansas

Code Ann. § 23-79-208; for costs; and all other relief to which this Court would deem Plaintiff

entitled.

Respectfully Submitted,

/s/ Rick Woods
RICK WOODS
Arkansas Bar number 95032
Myers & Woods Law Firm, PLLC
4375 N. Vantage Drive, Suite 202
Fayetteville, AR 72703
(479) 485-0500 – Telephone
(479) 4856-0555 – Fax
rwoods@myerswoodslaw.com

## VERIFICATION

| | | |
|---|---|---|
| **STATE OF ARKANSAS** | ) | |
| | ) | **SS** |
| **COUNTY OF WASHINGTON** | ) | |

     I, Greg Edwards, authorized member of **EDWARDS MANAGEMENT GROUP, LLC**, being duly sworn on oath, state that I have read the above and foregoing Complaint, and hereby state that the facts and matters contained therein are true and correct to the best of my knowledge, information and belief.

 

                                   Greg Edwards, authorized member
                                   Edwards Management Group, LLC

## ACKNOWLEDGEMENT

| | | |
|---|---|---|
| **STATE OF ARKANSAS** | ) | |
| | ) | **SS** |
| **COUNTY OF WASHINGTON** | ) | |

     On this date, **Greg Edwards**, satisfactorily proven to be or well known to me, **did** appear before me, the undersigned Notary Public, and executed the foregoing document of his own free will and volition, and for the purposes stated therein.

     Subscribed and sworn before me, the undersigned Notary Public, within and for the above County and State, on _June 12th_, 2025.

                                     Notary Public

My commission expires:

```
          Seal
         T. K. CATALAN
   NOTARY   MY COMMISSION # 12368483
   PUBLIC   EXPIRES: August 27, 2028
            Benton County
```

6

ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2025-Jun-13  09:56:34
72CV-25-2508
C04D06 : 100 Pages

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
CIVIL DIVISION


ISC SOUTH, LLC and
EDWARDS MANAGEMENT GROUP, LLC                                    PLAINTIFFS


v.                            CASE NO. 72CV-25-2508


ZURICH AMERICAN INSURANCE COMPANY                        DEFENDANT


**EXHIBIT A part 1**



**Audit Adjustment
of Premium**

Bill Date: 5/17/2023     #1011406244

ZURICH-AMERICAN INSURANCE COMPANY
USMM - US MIDDLE MARKET BUSINESS UNIT
USMM 36 DALLAS OFFICE

| POLICY NUMBER | POLICY PERIOD | AUDIT PERIOD | GL Telephone Audit | PRODUCER |
|---|---|---|---|---|
| CPO-3195825-02 | 02/22/22   02/22/23 | 02/22/22   02/22/23 | | #53683000 |

| POLICY NAME AND ADDRESS | PRODUCER |
|---|---|
| EDWARDS MANAGEMENT GROUP LLC<br>PO BOX 1549<br>SPRINGDALE, AR  72764 | MCGRIFF INSURANCE SERVICES INC<br>2828 N. MANSFIELD AVE. STE 202<br>FAYETTEVILLE, AR  72704 |

| ENT | LOC | ST | CLASS | CLASSIFICATION DESCRIPTION | ACTUAL EXPOSURE | BASE | RATE | P/R | EARNED PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 40 | AR | 99938 | Warehouses | 185,899 | M | 7.5663 | | 1,407 |
| 1 | 1 | AR | 61212 | Buildings or Premises | 11,200 | | | | 231 |
| 1 | 2 | AR | 61212 | Buildings or Premises | 1,500 | | | | 31 |
| 1 | 3 | AR | 61212 | Buildings or Premises | 7,600 | | | | 157 |
| 1 | 4 | AR | 61212 | Buildings or Premises | 41,004 | | | | 845 |
| 1 | 5 | AR | 61212 | Buildings or Premises | 37,317 | | | | 769 |
| 1 | 6 | AR | 61212 | Buildings or Premises | 35,805 | | | | 738 |
| 1 | 7 | AR | 61212 | Buildings or Premises | 20,435 | | | | 421 |
| 1 | 8 | AR | 61212 | Buildings or Premises | 5,400 | | | | 111 |
| 1 | 9 | AR | 61212 | Buildings or Premises | 3,660 | | | | 75 |
| 1 | 10 | AR | 61212 | Buildings or Premises | 17,080 | | | | 352 |
| 1 | 11 | AR | 61212 | Buildings or Premises | 11,346 | | | | 234 |
| 1 | 12 | AR | 61212 | Buildings or Premises | 16,288 | | | | 336 |
| 1 | 13 | AR | 61212 | Buildings or Premises | 12,092 | | | | 249 |
| 1 | 14 | AR | 61212 | Buildings or Premises | 15,042 | | | | 310 |
| 1 | 15 | AR | 61212 | Buildings or Premises | 2,744 | | | | 57 |
| 1 | 16 | AR | 61212 | Buildings or Premises | 3,200 | | | | 66 |
| 1 | 17 | AR | 61212 | Buildings or Premises | 4,200 | | | | 87 |
| 1 | 18 | AR | 61212 | Buildings or Premises | 56,250 | | | | 1,160 |
| 1 | 19 | AR | 61212 | Buildings or Premises | 119,146 | | | | 2,456 |
| 1 | 20 | AR | 61212 | Buildings or Premises | 1,500 | | | | 31 |
| 1 | 21 | AR | 49451 | Vacant Land | 1 | | | | 1 |
| 1 | 22 | AR | 49451 | Vacant Land | 1 | | | | 1 |
| 1 | 23 | AR | 49451 | Vacant Land | 1 | | | | 1 |
| 1 | 24 | AR | 49451 | Vacant Land | 1 | | | | 1 |
| 1 | 25 | AR | 49451 | Vacant Land | 1 | | | | 1 |
| 1 | 26 | AR | 61212 | Buildings or Premises | 3,200 | | | | 660 |
| 1 | 27 | AR | 49451 | Vacant Land | 7 | | | | 6 |
| 1 | 27 | AR | 61212 | Buildings or Premises | 57,653 | | | | 1,188 |
| 1 | 28 | AR | 61212 | Buildings or Premises | 11,650 | | | | 240 |
| 1 | 29 | AR | 68606 | Vacant Buildings | 22,400 | | | | 198 |
| 1 | 30 | AR | 61212 | Buildings or Premises | 6,000 | | | | 124 |
| 1 | 31 | AR | 61212 | Buildings or Premises | 8,400 | | | | 173 |
| 1 | 32 | AR | 61212 | Buildings or Premises | 9,800 | | | | 202 |
| 1 | 33 | AR | 61212 | Buildings or Premises | 102,190 | | | | 2,107 |
| 1 | 34 | AR | 63010 | Dwellings | 1 | | | | 26 |
| 1 | 35 | AR | 63010 | Dwellings | 1 | | | | 26 |
| 1 | 36 | AR | 63012 | Dwellings | 1 | | | | 47 |
| 1 | 37 | AR | 63012 | Dwellings | 1 | | | | 1 |
| 1 | 38 | AR | 63010 | Dwellings | 1 | | | | 26 |
| 1 | 39 | AR | 68702 | Warehouses | 120,299 | | | | 692 |
| 1 | 39 | AR | 63010 | Dwellings | 1 | | | | 26 |
| 1 | 41 | AR | 61212 | Buildings or Premises | 7,891 | | | | 165 |
| 1 | 42 | AR | 61212 | Buildings or Premises | 5,600 | | | | 115 |



**Audit Adjustment
of Premium**

Bill Date: 5/17/2023        #1011406244

ZURICH-AMERICAN INSURANCE COMPANY
USMM - US MIDDLE MARKET BUSINESS UNIT
USMM 36 DALLAS OFFICE

| POLICY NUMBER | POLICY PERIOD | | AUDIT PERIOD | | GL Telephone Audit | PRODUCER |
|---|---|---|---|---|---|---|
| CPO-3195825-02 | 02/22/22 | 02/22/23 | 02/22/22 | 02/22/23 | | #53683000 |

| POLICY NAME AND ADDRESS | PRODUCER |
|---|---|
| EDWARDS MANAGEMENT GROUP LLC<br>PO BOX 1549<br>SPRINGDALE, AR 72764 | MCGRIFF INSURANCE SERVICES INC<br>2828 N. MANSFIELD AVE. STE 202<br>FAYETTEVILLE, AR 72704 |

| ENT | LOC | ST | CLASS | CLASSIFICATION DESCRIPTION | ACTUAL EXPOSURE | BASE | RATE | P/R | EARNED PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 43 | AR | 61212 | Buildings or Premises | 11,200 | | | | 231 |
| 1 | 44 | AR | 61212 | Buildings or Premises | 12,000 | | | | 247 |
| 1 | 45 | AR | 61212 | Buildings or Premises | 7,200 | | | | 148 |
| 1 | 46 | AR | 61224 | Buildings or Premises | 7,500 | | | | 254 |
| 1 | 47 | AR | 68706 | Warehouses | 1,400 | | | | 26 |
| 1 | 48 | AR | 63010 | Dwellings | 1 | | | | 26 |
| 1 | 49 | AR | 61212 | Buildings or Premises | 4,856 | | | | 100 |
| 1 | 50 | AR | 61212 | Buildings or Premises | 35,460 | | | | 731 |
| 1 | 50 | AR | 61226 | Buildings or Premises | 40,000 | | | | 2,998 |
| 1 | 51 | AR | 68606 | Vacant Buildings | 21,875 | | | | 193 |
| 1 | 52 | AR | 61212 | Buildings or Premises | 14,740 | | | | 304 |
| 1 | 53 | AR | 61212 | Buildings or Premises | 8,968 | | | | 185 |
| 1 | 54 | AR | 49451 | Vacant Land | 5 | | | | 4 |
| 1 | 55 | AR | 49451 | Vacant Land | 8 | | | | 7 |
| 1 | 56 | AR | 49451 | Vacant Land | 1 | | | | 1 |
| 1 | 57 | AR | 49451 | Vacant Land | 10 | | | | 9 |
| 1 | 58 | AR | 49451 | Vacant Land | 6 | | | | 5 |
| 1 | 59 | AR | 49451 | Vacant Land | 145 | | | | 130 |
| 1 | 60 | AR | 49451 | Vacant Land | 40 | | | | 36 |
| 1 | 62 | AR | 49451 | Vacant Land | 1 | | | | 1 |
| 1 | 63 | AR | 61212 | Buildings or Premises | 8,754 | | | | 180 |
| 1 | 64 | AR | 49451 | Vacant Land | 1 | | | | 1 |
| 1 | 65 | AR | 47051 | Real Estate Development Property | 12 | | | | 67 |
| 1 | 66 | AR | 61212 | Buildings or Premises | 8,314 | | | | 171 |
| 1 | 66 | AR | 68703 | Warehouses | 3,000 | | | | 13 |
| 2 | 66 | AR | 47051 | Real Estate Development Property | 42 | | | | 235 |
| 3 | 66 | AR | 68703 | Warehouses | 810 | | | | 3 |
| 1 | 67 | AR | 63010 | Dwellings | 1 | | | | 26 |
| 1 | 68 | AR | 63010 | Dwellings | 1 | | | | 26 |
| 1 | 69 | AR | 63010 | Dwellings | 1 | | | | 26 |
| 1 | 70 | AR | 61212 | Buildings or Premises | 181,000 | | | | 3,731 |
| 1 | 71 | AR | 61212 | Buildings or Premises | 10,000 | | | | 206 |
| 1 | 72 | AR | 49451 | Vacant Land | 2 | | | | 2 |
| 1 | 73 | AR | 61212 | Buildings or Premises | 11,850 | | | | 244 |
| 1 | 73 | AR | 63010 | Dwellings | 1 | | | | 26 |
| 1 | 75 | AR | 63010 | Dwellings Added 03/07/22 | 1 | | | | 25 |
| 1 | 76 | AR | 49451 | Vacant Land Added 03/07/22 | 14 | | | | 20 |



**Audit Adjustment
of Premium**

Bill Date: 5/17/2023

#1011406244

ZURICH-AMERICAN INSURANCE COMPANY
USMM - US MIDDLE MARKET BUSINESS UNIT
USMM 36 DALLAS OFFICE

| POLICY NUMBER | POLICY PERIOD | AUDIT PERIOD | | PRODUCER |
|---|---|---|---|---|
| CPO-3195825-02 | 02/22/22  02/22/23 | 02/22/22  02/22/23 | GL Telephone Audit | #53683000 |

| POLICY NAME AND ADDRESS | PRODUCER |
|---|---|
| EDWARDS MANAGEMENT GROUP LLC<br>PO BOX 1549<br>SPRINGDALE, AR  72764 | MCGRIFF INSURANCE SERVICES INC<br>2828 N. MANSFIELD AVE. STE 202<br>FAYETTEVILLE, AR  72704 |

| ENT | LOC | ST | CLASS | CLASSIFICATION DESCRIPTION | ACTUAL EXPOSURE | BASE | RATE | P/R | EARNED PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| | | AR | 49950 | Broad Form | | | Flat Charge | | 518 |
| | | AR | 92100 | Employee Benefits Liability | | | Flat Charge | | 156 |
| | | AR | G4017 | GL Supplemental Coverage | | | Flat Charge | | 1,029 |

| THIS DOCUMENT DOES NOT REFLECT PAYMENT STATUS.<br>AMOUNTS PAYABLE DEPEND ON WHETHER DEPOSIT<br>PREMIUM AND ENDORSEMENTS WERE PAID IN FULL.<br><br>FOR BILLING QUESTIONS, PLEASE CALL 1-800-693-9466 | TOTAL EARNED PREMIUM | $28,491 |
|---|---|---|
| | Deposit Premium | $27,605 |
| | Interim Premium | |
| | Additional Due Company | $886 |
| | Refund Due Insured | |

7045 College Boulevard
Overland Park, KS 66211

**Invoice**

Agency:        MCGRIFF INSURANCE SERVICES, INC.

Account Name:   EDWARDS MANAGEMENT GROUP LLC
Account Number: M021141637-001-00001
Invoice Date:   11-02-22
Due Date:       11-22-22
Current Balance: $20,396.82
Minimum Due:    $20,396.82

**ZURICH**

PAYOR NAME AND ADDRESS

Please see reverse side for other messages
and important billing information.

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72765

IF WE DO NOT RECEIVE THE MINIMUM DUE BY THE DUE DATE ON THIS INVOICE,
    YOU WILL BE ASSESSED A LATE FEE OF $20.00

ZURICH AMERICAN INSURANCE CO., AMERICAN ZURICH INS. CO., AMERICAN GUARANTEE & LIABILITY, STEADFAST INSURANCE, ZURICH AMERICAN OF ILLINOIS,
NORTHERN INSURANCE COMPANY OF NEW YORK, ASSURANCE COMPANY OF AMERICA

### SUMMARY OF ACTIVITY SINCE YOUR LAST INVOICE

| POLICY NUMBER | EFFECTIVE DATE | ACTIVITY | TRANSACTION AMOUNT | MINIMUM DUE |
|---|---|---|---|---|
| | | PREVIOUS STATEMENT BALANCE | 102,197.55 | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 2,860.19C | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 395.57C | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 3,131.64C | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 173.32C | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 931.60C | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 18.19C | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 1,410.67C | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 4,382.68C | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 6,502.97C | |
| | 07-21-22 | DOWNPYMNT/CWA - THANK YOU | 589.99C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 1,410.67C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 4,382.68C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 6,502.97C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 589.99C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 3,131.64C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 2,860.19C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 395.57C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 931.60C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 173.32C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 18.19C | |
| | 09-21-22 | PAYMENT - THANK YOU | 20,642.27C | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| ACCOUNT NUMBER | INVOICE DATE | DUE DATE | CURRENT BALANCE | MINIMUM DUE |
|---|---|---|---|---|
| M021141637-001-00001 | 11-02-22 | 11-22-22 | $20,396.82 | $20,396.82 |

If you have an address change, you must place
a check mark in the box below and enter the new
information in the space provided on the reverse side.

Please DO NOT mail payments to
PO Box 5387.
Make Checks payable to Zurich and
mail payment to:

**AMOUNT ENCLOSED**

ZURICH NORTH AMERICA
PO BOX 4664
CAROL STREAM, IL 60197-4664

13000000002039682200203968200211416370010001030010

**THANK YOU FOR CHOOSING ZURICH. LISTED BELOW IS A GUIDE TO ASSIST YOU IN REVIEWING YOUR INVOICE.**

**Additional Provisions**

– FOR BILLING INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE DEPARTMENT AT 1-800-332-6641. PLEASE SEND ANY WRITTEN CORRESPONDENCE VIA FAX TO 1-913-664-4029. OR E-MAIL AT DIRECT.BILL@ZURICHNA.COM. INCLUDE YOUR ZURICH ACCOUNT NUMBER ON ALL CORRESPONDENCE

– An installment fee may be added to all installment invoices. However, if you decide to pay the entire annual premium in full on the first invoice, you do not need to pay the fee.

– If your policies are issued after the date that coverage began, your first invoice for those policies may include more than one installment.

– We reserve the right to withdraw payment by installments in the event your premium payments are received after the due date.

– Except for Virginia insureds, if a check is returned by your bank for any reason, your next invoice will include a check processing fee.

– For auditable policies, once we perform the audit and record the resulting premium, the audit premium will be billed to you in the next scheduled invoice. Payment for the audit is due within twenty (20) days after the invoice date.

– If you pay less than the Minimum Due, we will apply your payment first to amounts owed with the earliest due date.

– If you pay more than the Minimum Due, we will apply the extra funds to your next installment(s).

– Refunds, other than audits, on individual policies will be returned only after all balances on the account have been paid in full.

**LATE PAYMENTS/CANCELLATION**

– if you fail to pay the Minimum due by the due date, you will be assessed a late fee, except for Virginia and Missouri insureds. In addition, the date of your next payment will be due as provided on the front of your invoice, and a cancellation notice will be issued if the amount specified is not paid in full by the due date.

– If we receive a payment after the cancellation effective date, we will apply that payment towards any unpaid balance on your account before we refund any remainder, but your coverage may not be reinstated.

– After coverage is cancelled, we will bill you for any unpaid earned premium. If you do not pay, the matter may be forwarded to a collection agency.

| Messages |
| --- |

```
TRY ZURICH EZPAY AND PAY ON-LINE. IT'S EASY AND EFFICIENT.
SET UP YOUR RE-OCCURRING, AUTOMATIC PAYMENT TODAY.
LOG ON TO OUR WEB SITE "ZURICHNA.INETBILLER.COM".

NEW PAYMENT OPTIONS ARE NOW AVAILABLE. CALL 866-350-7599 TO MAKE A PAYMENT BY PHONE USING A MASTER
OR DISCOVER CREDIT CARD OR ELECTRONIC CHECK. A CONVENIENCE FEE OF 3% OF THE AMOUNT CHARGED IS
APPLIED FOR CREDIT CARD PAYMENTS AND $1.95 FOR EACH ELECTRONIC CHECK PAYMENT. ALL OTHER PAYMENT
OPTIONS REMAIN AVAILABLE AT NO COST.

SEND OVERNIGHT PAYMENTS TO THE FOLLOWING ADDRESS. ZURICH NORTH AMERICA COMMERCIAL; LOCKBOX 1219; C/O
DELUXE/REMITCO LOCK BOX; 8430 W.BRYN MAWR AVE.3RD FL; CHICAGO, IL 60631
```

Please contact your agent to update any address on your policy.

ACCOUNT #:  M021141637-001-00001

EDWARDS MANAGEMENT GROUP LLC

Please print the new billing address below:

ADDRESS _____

STATE _____ ZIP CODE _____

– – – – – – – – – – – – – – – – – – – Do Not Write Below This Line – – – – – – – – – – – – – – – – – –

**Invoice**

7045 College Boulevard
Overland Park, KS 66211

Agency:        MCGRIFF INSURANCE SERVICES, INC.

Account Name:    EDWARDS MANAGEMENT GROUP LLC
Account Number:  M021141637-001-00001
Invoice Date:    11-02-22
Due Date:        11-22-22
Current Balance: $20,396.82
Minimum Due:     $20,396.82

**ZURICH**

PAYOR NAME AND ADDRESS

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72765

ZURICH AMERICAN INSURANCE CO., AMERICAN ZURICH INS. CO., AMERICAN GUARANTEE & LIABILITY, STEADFAST INSURANCE, ZURICH AMERICAN OF ILLINOIS,
NORTHERN INSURANCE COMPANY OF NEW YORK, ASSURANCE COMPANY OF AMERICA

### SUMMARY OF ACTIVITY SINCE YOUR LAST INVOICE

| POLICY NUMBER | EFFECTIVE DATE | ACTIVITY | TRANSACTION AMOUNT | MINIMUM DUE |
|---|---|---|---|---|
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 4,382.68C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 6,502.97C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 589.99C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 3,131.64C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 2,860.19C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 395.57C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 931.60C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 173.32C | |
| | 08-29-22 | DOWNPYMNT/CWA - THANK YOU | 18.19C | |
| | 09-21-22 | PAYMENT - THANK YOU | 20,642.27C | |
| | 09-28-22 | PAYMENT - THANK YOU | 20,648.27C | |
| | 10-05-22 | PAYMENT - THANK YOU | 20,414.82C | |
| | 09-27-22 | REVERSE PROTESTED CHECK | 20,642.27 | |
| | | LATE FEE | 20.00 | 0.00 |
| | | PROTESTED CHECK FEE | 30.00 | 0.00 |
| | | INSTALLMENT FEE | 6.00 | 6.00 |
| CPO 3195825 | 02-22-22 | COMMERCIAL PACKAGE | | 20,390.82 |

7045 College Boulevard
Overland Park, KS 66211

**NOTICE OF RETURNED CHECK**



INSURED NAME AND ADDRESS

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE, AR 72765

Date:    SEPTEMBER 27, 2022

RE:    Payment by Dishonored Check    $20,642.27
       Account Number:   M021141637-001-00001
       Cancellation of Policy Number:

       CPO  3195825        02/22/22

Your account has been assessed a $30.00 charge due to the returned check

Dear Insured:

We sent you a Direct Notice of Cancellation dated 08/04/22 advising you that the above-referenced policy or policies would be cancelled for nonpayment of premium effective 08/22/22 if we did not receive your payment of $20,648.27 due by 08/22/22. We received your check for $20,642.27. We have now learned that your check was not honored because of non-sufficient funds.  A dishonored check is not valid payment. Since no valid payment was made in response to the Direct Notice of Cancellation, your coverage ended on 08/22/22, as set forth in that Notice.

After we received your check but before we received notice that the check was dishonored, our billing system may have generated one or more statements or notices indicating that your insurance coverage is still in effect.  If so, any such statements or notices are now void as a result of your failure to make a valid payment in response to the Direct Notice of Cancellation.  Your insurance coverage ended on 08/22/22.

If you have any questions, feel free to contact our Customer Accounting Department between 7:30 a.m. and 7:30 p.m., Eastern Standard time Weekdays at 1-800-332-6641.

Commercial Bill Department

cc: Agent

1000..NFSD

REINST-0893

7045 College Boulevard
Overland Park, KS 66211

# NOTICE OF REINSTATEMENT



**ZURICH**®

**INSURED NAME AND ADDRESS**

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72765

☞ **FOR FURTHER INFORMATION OR SERVICE,
CONTACT YOUR AGENT**

AGENT: MCGRIFF INSURANCE SERVICES, INC.
CODE:  36  53683000
PHONE: (479)684-5250

**ACCOUNT NUMBER:** M021141637-001-00001

**DATE OF MAILING:** 09/22/22

| POLICY NUMBER(S) | TYPE OF POLICY | EFFECTIVE DATE OF CANCELLATION |
|------------------|----------------|-------------------------------|
| CPO 3195825 | COMMERCIAL PACKAGE | 08/22/22 |

WE HAVE REINSTATED YOUR POLICY(IES) AND WILL BE PROVIDING COVERAGE TO YOU UNDER THE
TERMS OF YOUR POLICY(IES). THE PREVIOUS CANCELLATION NOTICE IS WITHDRAWN AND THEREILL
BE NO LAPSE IN COVERAGE FROM THE DATE OF CANCELLATION.

THE POLICY OR POLICIES TO BE CANCELLED WERE ISSUED BY THE COMPANIES DESIGNATED BELOW:

 ZURICH AMERICAN INSURANCE CO.

7045 College Boulevard
Overland Park, KS 66211

**NOTICE OF CANCELLATION**

## THIS NOTICE OF CANCELLATION ONLY APPLIES TO
## THE POLICY(S) SHOWN BELOW



**INSURED NAME AND ADDRESS**

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72764-7150

**FOR FURTHER INFORMATION OR SERVICE, CONTACT YOUR AGENT
OR OUR CUSTOMER SERVICE DEPARTMENT AT 1-800-332-6641.**

AGENT: MCGRIFF INSURANCE SERVICES, INC.
CODE:  36 53683000
PHONE: (479)684-5250

**ACCOUNT NUMBER:** M021141637-001-00001

**THIS NOTICE OF CANCELLATION ISSUED:** 08/04/22

| POLICY NUMBER(S) | TYPE OF POLICY | POLICY EFFECTIVE DATE(S) | EFFECTIVE DATE OF CANCELLATION | CURRENTLY DUE |
|---|---|---|---|---|
| CPO 3195825 | COMMERCIAL PACKAGE | 02/22/22 | 08/22/22 | $20,648.27 |

YOUR POLICY(S) SHOWN ABOVE WILL BE CANCELLED AS OF THE EFFECTIVE DATE OF CANCELLATION SHOWN ABOVE, BECAUSE WE HAVE NOT RECEIVED YOUR PAYMENT. THE CANCELLATION WILL TAKE EFFECT AT 12:01 A.M. LOCAL TIME AT THE ADDRESS OF THE INSURED ON THE DATE OF CANCELLATION SHOWN ABOVE. IF WE RECEIVE YOUR PAYMENT BY THAT DATE AND TIME, YOUR INSURANCE COVERAGE WILL CONTINUE WITHOUT INTERRUPTION.

THE POLICY OR POLICIES TO BE CANCELLED WERE ISSUED BY THE COMPANIES DESIGNATED BELOW:
ZURICH AMERICAN INSURANCE CO.

* THE AMOUNT ON THIS NOTICE OF CANCELLATION MAY DIFFER FROM THE AMOUNT SPECIFIED ON YOUR LAST INVOICE IF SUBSEQUENT CREDITS OR PAYMENTS WERE LATER APPLIED TO YOUR ACCOUNT.

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

| ACCOUNT NUMBER | MAIL DATE | DUE DATE | CURRENTLY DUE |
|---|---|---|---|
| M021141637-001-00001 | 08/04/22 | 08/22/22 | $20,648.27 |

**INSURED NAME** EDWARDS MANAGEMENT GROUP LLC

**AMOUNT ENCLOSED**

**Call 866-350-7599 to make a payment by phone.**

Make Check Payable To: **$**

ZURICH NORTH AMERICA
PO BOX 4664
CAROL STREAM, IL 60197-4664

990045 Ed. 5-97

13000000002064827200000000000021141637001000010300 13

# ARKANSAS ATTACHMENT TO NOTICE OF CANCELLATION OR NON-RENEWAL

1. **CONTINUITY OF MOTOR VEHICLE INSURANCE:**

   **THIS NOTICE PERTAINS TO THE CANCELLATION OR NONRENEWAL OF MOTOR VEHICLE INSURANCE. PLEASE NOTE THAT FAILURE TO MAINTAIN AUTOMOBILE LIABILITY COVERAGE IN THE MINIMUM LIMITS OF LIABILITY OF $25,000/$50,000/$25,000 IS A VIOLATION OF ARKANSAS LAW.**

2. **Automobile Insurance Plan Information (this information applies only with respect to the termination of automobile insurance):**

   This cancellation or nonrenewal pertains to an automobile insurance policy, other than one issued through the Arkansas Automobile Insurance Plan.  You are possibly eligible for automobile insurance through another insurer or under the Arkansas Automobile Insurance Plan.  Please contact your agent for more information.

Policy Number    CPO 3195825 - 02

Endorsement No.   005

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMMON POLICY CHANGE ENDORSEMENT**

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC                Effective Date of Change:    03/07/2022
                                                            12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.                Agent No.   53683000

---

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.**

☐ Commercial Property
☒ Commercial General Liability        NO CHARGE
☐ Commercial Crime
☐ Commercial Inland Marine
☐ Commercial Automobile
☐ Commercial Fidelity
☒ Property Portfolio Protection        NO CHARGE
☐ Equipment Breakdown

---

The following item(s):

☐ Insured's Name                      ☐ Insured's Mailing Address
☐ Effective/Expiration Date           ☐ Insured's Legal Status/Business of Insured
☐ Payment Plan                        ☒ Coverage Forms and Endorsements
☐ Add/Delete Vehicle                  ☐ Deductibles
☐ Additional Interest                 ☐ Classification/Class Codes
☐ Limits/Exposures                    ☐ Underlying Exposure/Insurance
☐ Covered Property/Location Description

---

is (are) changed to read **[See Additional Page(s)]**

SEE NEXT PAGE

---

The above amendments result in a change in the premiums as follows:

**This premium does not include taxes and surcharges.**

| ☒ No Changes | ☐ To be Adjusted at Audit | Additional  NO CHARGE | Return  NO CHARGE |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional  NO CHARGE | Return  NO CHARGE |
|---|---|

U-GU-614-C MU (11/18)

Policy Number   CPO 3195825 - 02

Endorsement No.   005

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

THE FOLLOWING LOSS PAYEE IS ADDED : SIMMONS BANK,PO BOX 9067,PINE BLUFF,AR,71611,TO THE FOLLOWING :

 PREMISE 49 1295 STEWART PL,SPRINGDALE,ARKANSAS,72764


THE FOLLOWING FORM(S) HAS BEEN ADDED:
PPP-0501 06/06 COMMERCIAL PROPERTY CHANGE ENDORSEMENT--SUMMARY OF PREMISES


THE FOLLOWING FORM(S) HAS BEEN DELETED:
PPP-0226 06/06 WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE


THE FOLLOWING FORM(S) HAS BEEN AMENDED:
U-GU-621-A CW 10/02 SCHEDULE OF NAMED INSURED(S)


ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)



# Commercial Property Change Endorsement

**Zurich American Insurance Company**

**NAMED INSURED:**

Edwards Management Group LLC

**POLICY NUMBER:**  CPO 3195825 - 02

**PREMISES #**  49

**POLICY PERIOD:**

From:  02/22/2022  To:  02/22/2023

12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS

**EFFECTIVE DATE OF CHANGE:**  03/07/2022

**PREMISES ADDRESS**
1295 Stewart Pl
Springdale, AR  72764

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | $4,198,100 |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $4,359,100 |
| FLOOD (SCHEDULE I) | $4,359,100 |
| OFF-PREMISES SERVICE INTERRUPTION - DIRECT DAMAGE | NOT COVERED |

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT (SCHEDULE A) | $250,000 |
| FLOOD (SCHEDULE I) | $250,000 |

**LOSS PAYEE: (LOSS PAYABLE)**

SIMMONS BANK
PO BOX 9067
PINE BLUFF, AR 71611
LOSS PAYEE

PPP-0501 (06 06)

7045 College Boulevard
Overland Park, KS 66211

**Invoice**

Agency:         MCGRIFF INSURANCE SERVICES, INC.

Account Name:   EDWARDS MANAGEMENT GROUP LLC
Account Number: M021141637-001-00001
Invoice Date:   07-04-22
Due Date:       07-24-22
Current Balance: $102,197.55
Minimum Due:    $20,634.27

**ZURICH**

PAYOR NAME AND ADDRESS

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72765

Please see reverse side for other messages
and important billing information.

IF WE DO NOT RECEIVE THE MINIMUM DUE BY THE DUE DATE ON THIS INVOICE,
  *  YOU WILL BE ASSESSED A LATE FEE OF $20.00
  *  THE DUE DATE OF YOUR NEXT INSTALLMENT WILL BE ACCELERATED TO 08/02/22
  *  THE MINIMUM AMOUNT DUE BY 08/02/22 TO AVOID ISSUANCE OF A CANCELLATION NOTICE WILL BE $41045.09

    ZURICH AMERICAN INSURANCE CO., AMERICAN ZURICH INS. CO., AMERICAN GUARANTEE & LIABILITY, STEADFAST INSURANCE, ZURICH AMERICAN OF ILLINOIS,
    NORTHERN INSURANCE COMPANY OF NEW YORK, ASSURANCE COMPANY OF AMERICA

### SUMMARY OF ACTIVITY SINCE YOUR LAST INVOICE

| POLICY NUMBER | EFFECTIVE DATE | ACTIVITY | TRANSACTION AMOUNT | MINIMUM DUE |
|---|---|---|---|---|
| | | | | |

YOUR ACCOUNT ACTIVITY IS LISTED ON THE SECOND PAGE OF THIS INVOICE

### FUTURE MONTHLY INSTALLMENTS

Please note that changes to your policy coverage may change your installment schedule.

| Due Date | Premium | Fee | Amount Due | Due Date | Premium | Fee | Amount Due |
|---|---|---|---|---|---|---|---|
| 08-22-22 | 20,390.82 | 6.00 | 20,396.82 | | | | |
| 09-22-22 | 20,390.82 | 6.00 | 20,396.82 | | | | |
| 10-22-22 | 20,390.82 | 6.00 | 20,396.82 | | | | |
| 11-22-22 | 20,390.82 | 6.00 | 20,396.82 | | | | |

### PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| ACCOUNT NUMBER | INVOICE DATE | DUE DATE | CURRENT BALANCE | MINIMUM DUE |
|---|---|---|---|---|
| M021141637-001-00001 | 07-04-22 | 07-24-22 | $102,197.55 | $20,634.27 |

If you have an address change, you must place
a check mark in the box below and enter the new
information in the space provided on the reverse side.

Please DO NOT mail payments to
PO Box 5387.
Make Checks payable to Zurich and
mail payment to:

**AMOUNT ENCLOSED**

ZURICH NORTH AMERICA
PO BOX 4664
CAROL STREAM, IL 60197-4664

130000000020634272010219755002114163700100001030018

**THANK YOU FOR CHOOSING ZURICH. LISTED BELOW IS A GUIDE TO ASSIST YOU IN REVIEWING YOUR INVOICE.**

## Additional Provisions

– FOR BILLING INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE DEPARTMENT AT 1-800-332-6641. PLEASE SEND ANY WRITTEN CORRESPONDENCE VIA FAX TO 1-913-664-4029. OR E-MAIL AT DIRECT.BILL@ZURICHNA.COM. INCLUDE YOUR ZURICH ACCOUNT NUMBER ON ALL CORRESPONDENCE

– An installment fee may be added to all installment invoices. However, if you decide to pay the entire annual premium in full on the first invoice, you do not need to pay the fee.

– If your policies are issued after the date that coverage began, your first invoice for those policies may include more than one installment.

– We reserve the right to withdraw payment by installments in the event your premium payments are received after the due date.

– Except for Virginia insureds, if a check is returned by your bank for any reason, your next invoice will include a check processing fee.

– For auditable policies, once we perform the audit and record the resulting premium, the audit premium will be billed to you in the next scheduled invoice. Payment for the audit is due within twenty (20) days after the invoice date.

– If you pay less than the Minimum Due, we will apply your payment first to amounts owed with the earliest due date.

– If you pay more than the Minimum Due, we will apply the extra funds to your next installment(s).

– Refunds, other than audits, on individual policies will be returned only after all balances on the account have been paid in full.

## LATE PAYMENTS/CANCELLATION

– if you fail to pay the Minimum due by the due date, you will be assessed a late fee, except for Virginia and Missouri insureds. In addition, the date of your next payment will be due as provided on the front of your invoice, and a cancellation notice will be issued if the amount specified is not paid in full by the due date.

– If we receive a payment after the cancellation effective date, we will apply that payment towards any unpaid balance on your account before we refund any remainder, but your coverage may not be reinstated.

– After coverage is cancelled, we will bill you for any unpaid earned premium. If you do not pay, the matter may be forwarded to a collection agency.

| Messages |
|---|
| TRY ZURICH EZPAY AND PAY ON-LINE. IT'S EASY AND EFFICIENT.<br>SET UP YOUR RE-OCCURRING, AUTOMATIC PAYMENT TODAY.<br>LOG ON TO OUR WEB SITE "ZURICHNA.INETBILLER.COM".<br><br>NEW PAYMENT OPTIONS ARE NOW AVAILABLE. CALL 866-350-7599 TO MAKE A PAYMENT BY PHONE USING A MASTER OR DISCOVER CREDIT CARD OR ELECTRONIC CHECK. A CONVENIENCE FEE OF 3% OF THE AMOUNT CHARGED IS APPLIED FOR CREDIT CARD PAYMENTS AND $1.95 FOR EACH ELECTRONIC CHECK PAYMENT. ALL OTHER PAYMENT OPTIONS REMAIN AVAILABLE AT NO COST.<br><br>SEND OVERNIGHT PAYMENTS TO THE FOLLOWING ADDRESS. ZURICH NORTH AMERICA COMMERCIAL; LOCKBOX 1219; C/O DELUXE/REMITCO LOCK BOX; 8430 W.BRYN MAWR AVE.3RD FL; CHICAGO, IL 60631 |

– – – – – – – – – – –

Please contact your agent to update any address on your policy.

ACCOUNT #:   M021141637-001-00001
             EDWARDS MANAGEMENT GROUP LLC
Please print the new billing address below:

ADDRESS _____

STATE _____ ZIP CODE _____

– – – – – – – – – – – – – – – – Do Not Write Below This Line – – – – – – – – – – – – – – – –

**Invoice**

7045 College Boulevard
Overland Park, KS 66211

Agency:          MCGRIFF INSURANCE SERVICES, INC.

Account Name:    EDWARDS MANAGEMENT GROUP LLC
Account Number:  M021141637-001-00001
Invoice Date:    07-04-22
Due Date:        07-24-22
Current Balance: $102,197.55
Minimum Due:     $20,634.27

**ZURICH**

PAYOR NAME AND ADDRESS

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72765

ZURICH AMERICAN INSURANCE CO., AMERICAN ZURICH INS. CO., AMERICAN GUARANTEE & LIABILITY, STEADFAST INSURANCE, ZURICH AMERICAN OF ILLINOIS,
NORTHERN INSURANCE COMPANY OF NEW YORK, ASSURANCE COMPANY OF AMERICA

## SUMMARY OF ACTIVITY SINCE YOUR LAST INVOICE

| POLICY NUMBER | EFFECTIVE DATE | ACTIVITY | TRANSACTION AMOUNT | MINIMUM DUE |
|---|---|---|---|---|
| | | PREVIOUS STATEMENT BALANCE | 122,147.46 | |
| | 06-21-22 | PAYMENT - THANK YOU | 556.08C | |
| | 06-21-22 | PAYMENT - THANK YOU | 4,382.68C | |
| | 06-21-22 | PAYMENT - THANK YOU | 6,502.97C | |
| | 06-21-22 | PAYMENT - THANK YOU | 1,410.67C | |
| | 06-21-22 | PAYMENT - THANK YOU | 18.19C | |
| | 06-21-22 | PAYMENT - THANK YOU | 395.57C | |
| | 06-21-22 | PAYMENT - THANK YOU | 2,860.19C | |
| | 06-21-22 | PAYMENT - THANK YOU | 3,131.64C | |
| | 06-21-22 | PAYMENT - THANK YOU | 173.32C | |
| | 06-21-22 | PAYMENT - THANK YOU | 931.60C | |
| | | INSTALLMENT FEE | 6.00 | 6.00 |
| CPO 3195825 | 02-22-22 | COMMERCIAL PACKAGE | | 20,356.92 |
| | 02-22-22 | COMMERCIAL PACKAGE - ENDORSEMENT DEBIT | 407.00 | 271.35 |

Policy Number    CPO 3195825 - 02

Endorsement No.   004

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMMON POLICY CHANGE ENDORSEMENT**

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC    Effective Date of Change:    03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.    Agent No.   53683000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.**

☐ Commercial Property
☒ Commercial General Liability        NO CHARGE
☐ Commercial Crime
☐ Commercial Inland Marine
☐ Commercial Automobile
☐ Commercial Fidelity
☒ Property Portfolio Protection        $407.00
☐ Equipment Breakdown

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☒ Insured's Mailing Address |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/Business of Insured |
| ☐ Payment Plan | ☒ Coverage Forms and Endorsements |
| ☐ Add/Delete Vehicle | ☒ Deductibles |
| ☐ Additional Interest | ☐ Classification/Class Codes |
| ☐ Limits/Exposures | ☐ Underlying Exposure/Insurance |
| ☐ Covered Property/Location Description | |

is (are) changed to read **[See Additional Page(s)]**

SEE NEXT PAGE

The above amendments result in a change in the premiums as follows:

**This premium does not include taxes and surcharges.**

| ☐ No Changes | ☐ To be Adjusted at Audit | Additional  $407.00 | Return |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional  NO CHARGE | Return  NO CHARGE |
|---|---|

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.  004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

THE INSURED ADDRESS HAS BEEN CHANGED FROM:
2100 TURNER ST
SPRINGDALE, AR 72764-7150
TO:
PO BOX 1549
SPRINGDALE, AR 72764-7150

THE PROPERTY DEDUCTIBLE AT PREMISES #14, 1815 FED X DR, SPRINGDALE, ARKANSAS, 72764-6402 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #70, 181 S MANTEGANI RD, TONTITOWN, ARKANSAS, 72762 IS AMENDED FROM $10,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #51, 477 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7129 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #68, 2600 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7160 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #18, 2400 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-7898 IS AMENDED FROM $250,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #4, 275 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125 IS AMENDED FROM $250,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #3, 2300 FORD AVE, SPRINGDALE, ARKANSAS, 72764-4704 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #38, 4204 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4712 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #19, 2403 S THOMPSON ST, SPRINGDALE, ARKANSAS, 72764-6337 IS AMENDED FROM $25,000 TO $100,000.

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number   CPO 3195825 - 02

Endorsement No.   004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

| POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D) |
|---|

THE PROPERTY DEDUCTIBLE AT PREMISES #5, 275A E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125 IS AMENDED FROM $250,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #9, 275E E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #33, 4188 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4761 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #6, 275B E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125 IS AMENDED FROM $250,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #47, 2701 CAMBRIDGE ST, SPRINGDALE, ARKANSAS, 72764-6932 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #39, 1100 71 PLAZA CT, SPRINGDALE, ARKANSAS, 72764-6394 IS AMENDED FROM $250,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #2, 2009 S ARKOLA DR, SPRINGDALE, ARKANSAS, 72764-7031 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #17, 2300 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-8705 IS AMENDED FROM $250,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #36, 3268 SINGLETREE AVE, SPRINGDALE, ARKANSAS, 72764-2805 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #41, 480 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7130 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #46, 2601 1/2 CAMBRIDGE ST, SPRINGDALE, ARKANSAS, 72764-6931 IS AMENDED FROM $25,000 TO $100,000.

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

Policy Number    CPO 3195825 - 02

Endorsement No.   004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

| POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D) |
|---|

THE PROPERTY DEDUCTIBLE AT PREMISES #67, 2512 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7158 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #34, 4198 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4761 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #73, 3031 W TOPAZ DR, FAYETTEVILLE, ARKANSAS, 72704-6539 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #37, 4194 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4761 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #27, 1505 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-1158 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #75, 1501 PRINCETON DR, FORT SMITH, ARKANSAS, 72908-8563 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #31, 2200 POWELL ST, SPRINGDALE, ARKANSAS, 72764-7349 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE AT PREMISES #35, 3267 STAGECOACH AVE, SPRINGDALE, ARKANSAS, 72764-2808 IS AMENDED FROM $25,000 TO $100,000.

THE PROPERTY DEDUCTIBLE ON THIS POLICY IS AMENDED FROM $25,000 TO $100,000

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES1, 2100 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7150

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES1, 2100 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7150 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES11,

**REMOVAL PERMIT**

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.  004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

359 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES11, 359 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES67, 2512 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7158

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES67, 2512 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7158 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES36, 3268 SINGLETREE AVE, SPRINGDALE, ARKANSAS, 72764-2805

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES36, 3268 SINGLETREE AVE, SPRINGDALE, ARKANSAS, 72764-2805 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES3, 2300 FORD AVE, SPRINGDALE, ARKANSAS, 72764-4704

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES3, 2300 FORD AVE, SPRINGDALE, ARKANSAS, 72764-4704 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES47, 2701 CAMBRIDGE ST, SPRINGDALE, ARKANSAS, 72764-6932

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES47, 2701 CAMBRIDGE ST, SPRINGDALE, ARKANSAS, 72764-6932 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES28, 1200 STEWART PL, SPRINGDALE, ARKANSAS, 72764-1365

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES28, 1200 STEWART PL,

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.   004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

SPRINGDALE, ARKANSAS, 72764-1365 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES51, 477 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7129

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES51, 477 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7129 HAS BEEN AMENDED FROM $ 50,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES16, 1887 FED X DR, SPRINGDALE, ARKANSAS, 72764-6402

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES16, 1887 FED X DR, SPRINGDALE, ARKANSAS, 72764-6402 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES72, 428 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7130

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES72, 428 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7130 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES43, 917 71 PLAZA CT, SPRINGDALE, ARKANSAS, 72764-6205

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES43, 917 71 PLAZA CT, SPRINGDALE, ARKANSAS, 72764-6205 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES8, 275D E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES8, 275D E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES37, 4194 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4761

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number     CPO 3195825 - 02

Endorsement No.   004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES37, 4194 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4761 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES68, 2600 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7160

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES68, 2600 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7160 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES29, 520 GAGE PL, SPRINGDALE, ARKANSAS, 72764-7350

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES29, 520 GAGE PL, SPRINGDALE, ARKANSAS, 72764-7350 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES4, 275 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES4, 275 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125 HAS BEEN AMENDED FROM $ 264,684 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES33, 4188 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4761

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES33, 4188 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4761 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES48, 669 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7133

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES48, 669 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7133 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.   004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

### POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES52, 346 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7128

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES52, 346 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7128 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES25, 5103 WHEELER AVE, FORT SMITH, ARKANSAS, 72901-8335

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES25, 5103 WHEELER AVE, FORT SMITH, ARKANSAS, 72901-8335 HAS BEEN AMENDED FROM $ 250,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES40, 853 71 PLAZA CT, SPRINGDALE, ARKANSAS, 72764-6327

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES40, 853 71 PLAZA CT, SPRINGDALE, ARKANSAS, 72764-6327 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES13, 516A E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES13, 516A E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES69, 565 GAGE PL, SPRINGDALE, ARKANSAS, 72764-7738

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES69, 565 GAGE PL, SPRINGDALE, ARKANSAS, 72764-7738 HAS BEEN AMENDED FROM $ 250,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES44, 920 71 PLAZA CT, SPRINGDALE, ARKANSAS, 72764-6213

### REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.    004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date of Change:    03/07/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.    53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES44, 920 71 PLAZA CT, SPRINGDALE, ARKANSAS, 72764-6213 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES17, 2300 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-8705

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES17, 2300 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-8705 HAS BEEN AMENDED FROM $ 250,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES73, 3031 W TOPAZ DR, FAYETTEVILLE, ARKANSAS, 72704-6539

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES73, 3031 W TOPAZ DR, FAYETTEVILLE, ARKANSAS, 72704-6539 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES38, 4204 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4712

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES38, 4204 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4712 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES5, 275A E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES5, 275A E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125 HAS BEEN AMENDED FROM $ 250,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES9, 275E E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES9, 275E E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.   004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

### POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES65, 4366 W MARTIN LUTHER KING BLVD, FAYETTEVILLE, ARKANSAS, 72704-7731

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES65, 4366 W MARTIN LUTHER KING BLVD, FAYETTEVILLE, ARKANSAS, 72704-7731 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES30, 343 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES30, 343 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES34, 4198 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4761

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES34, 4198 E HEWITT SPRINGS RD, SPRINGDALE, ARKANSAS, 72764-4761 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES45, 331 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES45, 331 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES26, 2200 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-8702

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES26, 2200 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-8702 HAS BEEN AMENDED FROM $ 250,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES49, 1295 STEWART PL, SPRINGDALE, ARKANSAS, 72764

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES49, 1295 STEWART PL,

### REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.  004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date of Change:    03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.  53683000

### POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

SPRINGDALE, ARKANSAS, 72764 HAS BEEN AMENDED FROM $ 250,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES14, 1815 FED X DR, SPRINGDALE, ARKANSAS, 72764-6402

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES14, 1815 FED X DR, SPRINGDALE, ARKANSAS, 72764-6402 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES70, 181 S MANTEGANI RD, TONTITOWN, ARKANSAS, 72762

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES70, 181 S MANTEGANI RD, TONTITOWN, ARKANSAS, 72762 HAS BEEN AMENDED FROM $ 50,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES18, 2400 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-7898

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES18, 2400 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-7898 HAS BEEN AMENDED FROM $ 401,610 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES74, 350 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7128

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES74, 350 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7128 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES39, 1100 71 PLAZA CT, SPRINGDALE, ARKANSAS, 72764-6394

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES39, 1100 71 PLAZA CT, SPRINGDALE, ARKANSAS, 72764-6394 HAS BEEN AMENDED FROM $ 476,580 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES6,

### REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.   004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

275B E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES6, 275B E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7125 HAS BEEN AMENDED FROM $ 250,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES62, 4310 W MARTIN LUTHER KING BLVD, FAYETTEVILLE, ARKANSAS, 72704-7731

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES62, 4310 W MARTIN LUTHER KING BLVD, FAYETTEVILLE, ARKANSAS, 72704-7731 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES10, 327 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES10, 327 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES66, 2508 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7158

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES66, 2508 TURNER ST, SPRINGDALE, ARKANSAS, 72764-7158 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES35, 3267 STAGECOACH AVE, SPRINGDALE, ARKANSAS, 72764-2808

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES35, 3267 STAGECOACH AVE, SPRINGDALE, ARKANSAS, 72764-2808 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES2, 2009 S ARKOLA DR, SPRINGDALE, ARKANSAS, 72764-7031

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES2, 2009 S ARKOLA DR, SPRINGDALE, ARKANSAS, 72764-7031 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.    004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date of Change:    03/07/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.    53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES46, 2601 1/2 CAMBRIDGE ST, SPRINGDALE, ARKANSAS, 72764-6931

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES46, 2601 1/2 CAMBRIDGE ST, SPRINGDALE, ARKANSAS, 72764-6931 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES27, 1505 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-1158

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES27, 1505 S OLD MISSOURI RD, SPRINGDALE, ARKANSAS, 72764-1158 HAS BEEN AMENDED FROM $ 50,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES50, 1738 LOUISIANA PL, SPRINGDALE, ARKANSAS, 72764-5707

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES50, 1738 LOUISIANA PL, SPRINGDALE, ARKANSAS, 72764-5707 HAS BEEN AMENDED FROM $ 250,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES15, 1853 FED X DR, SPRINGDALE, ARKANSAS, 72764-6402

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES15, 1853 FED X DR, SPRINGDALE, ARKANSAS, 72764-6402 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES19, 2403 S THOMPSON ST, SPRINGDALE, ARKANSAS, 72764-6337

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES19, 2403 S THOMPSON ST, SPRINGDALE, ARKANSAS, 72764-6337 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES42, 399 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.    004

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date of Change:    03/07/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.    53683000

| POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D) |
|---|

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES42, 399 E ROBINSON AVE, SPRINGDALE, ARKANSAS, 72764-7127 HAS BEEN AMENDED FROM $ 100,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES32, 1351 STEWART PL, SPRINGDALE, ARKANSAS, 72764-1364

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES32, 1351 STEWART PL, SPRINGDALE, ARKANSAS, 72764-1364 HAS BEEN AMENDED FROM $ 250,000 TO $ 0.

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT COVERAGE HAS BEEN DELETED FOR PREMISES75, 1501 PRINCETON DR, FORT SMITH, ARKANSAS, 72908-8563

WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE FOR PREMISES75, 1501 PRINCETON DR, FORT SMITH, ARKANSAS, 72908-8563 HAS BEEN AMENDED FROM $ 25,000 TO $ 0.

THE FOLLOWING FORM(S) HAS BEEN DELETED:
PPP-0226 06/06 WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT DEDUCTIBLE

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
U-GU-621-A CW 10/02 SCHEDULE OF NAMED INSURED(S)

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

**REMOVAL PERMIT**

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

7045 College Boulevard
Overland Park, KS 66211

**Invoice**

Agency:          MCGRIFF INSURANCE SERVICES, INC.

Account Name:    EDWARDS MANAGEMENT GROUP LLC
Account Number:  M021141637-001-00001
Invoice Date:    06-02-22
Due Date:        06-22-22
Current Balance: $122,147.46
Minimum Due:     $20,362.91

PAYOR NAME AND ADDRESS

Please see reverse side for other messages
and important billing information.

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72765

**ZURICH**

IF WE DO NOT RECEIVE THE MINIMUM DUE BY THE DUE DATE ON THIS INVOICE,
* YOU WILL BE ASSESSED A LATE FEE OF $20.00
* THE DUE DATE OF YOUR NEXT INSTALLMENT WILL BE ACCELERATED TO 07/02/22
* THE MINIMUM AMOUNT DUE BY 07/02/22 TO AVOID ISSUANCE OF A CANCELLATION NOTICE WILL BE $40739.82

ZURICH AMERICAN INSURANCE CO., AMERICAN ZURICH INS. CO., AMERICAN GUARANTEE & LIABILITY, STEADFAST INSURANCE, ZURICH AMERICAN OF ILLINOIS,
NORTHERN INSURANCE COMPANY OF NEW YORK, ASSURANCE COMPANY OF AMERICA

## SUMMARY OF ACTIVITY SINCE YOUR LAST INVOICE

| POLICY NUMBER | EFFECTIVE DATE | ACTIVITY | TRANSACTION AMOUNT | MINIMUM DUE |
|---|---|---|---|---|
| | | | | |

YOUR ACCOUNT ACTIVITY IS LISTED ON THE SECOND PAGE OF THIS INVOICE

## FUTURE MONTHLY INSTALLMENTS

Please note that changes to your policy coverage may change your installment schedule.

| Due Date | Premium | Fee | Amount Due | Due Date | Premium | Fee | Amount Due |
|---|---|---|---|---|---|---|---|
| 07-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |
| 08-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |
| 09-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |
| 10-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |
| 11-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |

### PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| ACCOUNT NUMBER | INVOICE DATE | DUE DATE | CURRENT BALANCE | MINIMUM DUE |
|---|---|---|---|---|
| M021141637-001-00001 | 06-02-22 | 06-22-22 | $122,147.46 | $20,362.91 |

If you have an address change, you must place
a check mark in the box below and enter the new
information in the space provided on the reverse side.

Please DO NOT mail payments to
PO Box 5387.
Make Checks payable to Zurich and
mail payment to:

**AMOUNT ENCLOSED**

ZURICH NORTH AMERICA
PO BOX 4664
CAROL STREAM, IL 60197-4664

13000000000203629120122147460021141637001000010300012

**THANK YOU FOR CHOOSING ZURICH.  LISTED BELOW IS A GUIDE TO ASSIST YOU IN REVIEWING YOUR INVOICE.**

### Additional Provisions

– FOR BILLING INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE DEPARTMENT AT 1-800-332-6641. PLEASE SEND ANY WRITTEN CORRESPONDENCE VIA FAX TO 1-913-664-4029. OR E-MAIL AT DIRECT.BILL@ZURICHNA.COM.  INCLUDE YOUR ZURICH ACCOUNT NUMBER ON ALL CORRESPONDENCE

– An installment fee may be added to all installment invoices.  However, if you decide to pay the entire annual premium in full on the first invoice, you do not need to pay the fee.

– If your policies are issued after the date that coverage began, your first invoice for those policies may include more than one installment.

– We reserve the right to withdraw payment by installments in the event your premium payments are received after the due date.

– Except for Virginia insureds, if a check is returned by your bank for any reason, your next invoice will include a check processing fee.

– For auditable policies, once we perform the audit and record the resulting premium, the audit premium will be billed to you in the next scheduled invoice.  Payment for the audit is due within twenty (20) days after the invoice date.

– If you pay less than the Minimum Due, we will apply your payment first to amounts owed with the earliest due date.

– If you pay more than the Minimum Due, we will apply the extra funds to your next installment(s).

– Refunds, other than audits, on individual policies will be returned only after all balances on the account have been paid in full.

### LATE PAYMENTS/CANCELLATION

– if you fail to pay the Minimum due by the due date, you will be assessed a late fee, except for Virginia and Missouri insureds. In addition, the date of your next payment will be due as provided on the front of your invoice, and a cancellation notice will be issued if the amount specified is not paid in full by the due date.

– If we receive a payment after the cancellation effective date, we will apply that payment towards any unpaid balance on your account before we refund any remainder, but your coverage may not be reinstated.

– After coverage is cancelled, we will bill you for any unpaid earned premium. If you do not pay, the matter may be forwarded to a collection agency.

| Messages |
|---|
| TRY ZURICH EZPAY AND PAY ON-LINE. IT'S EASY AND EFFICIENT.<br>SET UP YOUR RE-OCCURRING, AUTOMATIC PAYMENT TODAY.<br>LOG ON TO OUR WEB SITE "ZURICHNA.INETBILLER.COM".<br><br>NEW PAYMENT OPTIONS ARE NOW AVAILABLE. CALL 866-350-7599 TO MAKE A PAYMENT BY PHONE USING A MASTER OR DISCOVER CREDIT CARD OR ELECTRONIC CHECK. A CONVENIENCE FEE OF 3% OF THE AMOUNT CHARGED IS APPLIED FOR CREDIT CARD PAYMENTS AND $1.95 FOR EACH ELECTRONIC CHECK PAYMENT. ALL OTHER PAYMENT OPTIONS REMAIN AVAILABLE AT NO COST.<br><br>SEND OVERNIGHT PAYMENTS TO THE FOLLOWING ADDRESS. ZURICH NORTH AMERICA COMMERCIAL; LOCKBOX 1219; C/O DELUXE/REMITCO LOCK BOX; 8430 W.BRYN MAWR AVE.3RD FL; CHICAGO, IL 60631 |

Please contact your agent to update
any address on your policy.

ACCOUNT #:    M021141637-001-00001

EDWARDS MANAGEMENT GROUP LLC

Please print the new billing address below:

ADDRESS _____

STATE _____    ZIP CODE _____

- - - - - - - - - - - - - - - - - Do Not Write Below This Line - - - - - - - - - - - - - - - -

7045 College Boulevard
Overland Park, KS 66211

**Invoice**

Agency:           MCGRIFF INSURANCE SERVICES, INC.

Account Name:     EDWARDS MANAGEMENT GROUP LLC
Account Number:   M021141637-001-00001
Invoice Date:     06-02-22
Due Date:         06-22-22
Current Balance:  $122,147.46
Minimum Due:      $20,362.91

**ZURICH**

PAYOR NAME AND ADDRESS

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72765

ZURICH AMERICAN INSURANCE CO., AMERICAN ZURICH INS. CO., AMERICAN GUARANTEE & LIABILITY, STEADFAST INSURANCE, ZURICH AMERICAN OF ILLINOIS,
NORTHERN INSURANCE COMPANY OF NEW YORK, ASSURANCE COMPANY OF AMERICA

## SUMMARY OF ACTIVITY SINCE YOUR LAST INVOICE

| POLICY NUMBER | EFFECTIVE DATE | ACTIVITY | TRANSACTION AMOUNT | MINIMUM DUE |
|---|---|---|---|---|
| | | PREVIOUS STATEMENT BALANCE | 244,289.00 | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 4,654.20C | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 15,645.28C | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 14,289.38C | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 1,976.39C | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 865.89C | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 90.88C | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 7,047.59C | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 21,768.07C | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 32,482.50C | |
| | 05-03-22 | DOWNPYMNT/CWA - THANK YOU | 2,842.91C | |
| | 05-15-22 | PAYMENT - THANK YOU | 6,502.97C | |
| | 05-15-22 | PAYMENT - THANK YOU | 1,410.67C | |
| | 05-15-22 | PAYMENT - THANK YOU | 570.08C | |
| | 05-15-22 | PAYMENT - THANK YOU | 18.19C | |
| | 05-15-22 | PAYMENT - THANK YOU | 931.60C | |
| | 05-15-22 | PAYMENT - THANK YOU | 3,131.64C | |
| | 05-15-22 | PAYMENT - THANK YOU | 2,860.19C | |
| | 05-15-22 | PAYMENT - THANK YOU | 395.57C | |
| | 05-15-22 | PAYMENT - THANK YOU | 173.32C | |
| | 05-15-22 | PAYMENT - THANK YOU | 4,382.68C | |
| | 05-19-22 | PAYMENT - THANK YOU | 127.54C | |
| | | LATE FEE | 20.00 | 0.00 |
| | | INSTALLMENT FEE | 6.00 | 6.00 |
| CPO 3195825 | 02-22-22 | COMMERCIAL PACKAGE | | 20,356.91 |

REINST-0893

7045 College Boulevard
Overland Park, KS 66211

## NOTICE OF REINSTATEMENT



**INSURED NAME AND ADDRESS**

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72765

☞ **FOR FURTHER INFORMATION OR SERVICE,
CONTACT YOUR AGENT**

AGENT: MCGRIFF INSURANCE SERVICES, INC.
CODE:  36  53683000
PHONE: (479)684-5250

**ACCOUNT NUMBER:** M021141637-001-00001

**DATE OF MAILING:** 05/22/22

| POLICY NUMBER(S) | TYPE OF POLICY | EFFECTIVE DATE OF CANCELLATION |
|---|---|---|
| CPO 3195825 | COMMERCIAL PACKAGE | 05/22/22 |

WE HAVE REINSTATED YOUR POLICY(IES) AND WILL BE PROVIDING COVERAGE TO YOU UNDER THE
TERMS OF YOUR POLICY(IES). THE PREVIOUS CANCELLATION NOTICE IS WITHDRAWN AND THEREILL
BE NO LAPSE IN COVERAGE FROM THE DATE OF CANCELLATION.

THE POLICY OR POLICIES TO BE CANCELLED WERE ISSUED BY THE COMPANIES DESIGNATED BELOW:

 ZURICH AMERICAN INSURANCE CO.

7045 College Boulevard
Overland Park, KS 66211

**PARTIAL PAYMENT LETTER**



**ZURICH**

AGENCY:

MCGRIFF INSURANCE SERVICES, INC.
1465 E JOYCE BLVD STE 205
FAYETTEVILLE, AR 72703-5194

PAYOR NAME AND ADDRESS

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE, AR 72765

MAY 15, 2022

ACCOUNT NUMBER:    M021141637-001-00001

ACCOUNT NAME:    EDWARDS MANAGEMENT GROUP LLC

A payment or return premium credit of **$20,376.91** was applied to your account on **05/15/2022**.

There is an outstanding Notice of Cancellation dated **05/04/2022** on your account. The Notice of Cancellation required payment of **$122,167.54** by **05/22/2022** to keep coverage in force. Since **05/04/2022** payment(s)/premium credit(s) of **$122,040.00** have been applied to your account which is **$127.54** less than the amount required under the Notice of Cancellation.

Please refer to the Notice of Cancellation, <u>which remains in effect</u>. Payments received after **05/22/2022** will not guarantee reinstatement of your account.

If you have any questions in regard to your account, you may contact one of our Customer Service Consultants at (800) 332-6641.

---

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. PLEASE ALLOW 7 DAYS FOR MAILING OR CONTACT CUSTOMER SERVICE AT (800) 332-6641 FOR ALTERNATIVE PAYMENT METHODS.**

| ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|
| M021141637-001-00001 | $ |

Make Check Payable To:

ZURICH NORTH AMERICA
PO BOX 4664
CAROL STREAM, IL 60197-4664

13000000000012754200000000000021141637001000010300016

**PARTIAL PAYMENT LETTER**

7045 College Boulevard
Overland Park, KS 66211



**ZURICH**

AGENCY:

MCGRIFF INSURANCE SERVICES, INC.
1465 E JOYCE BLVD STE 205
FAYETTEVILLE, AR 72703-5194

PAYOR NAME AND ADDRESS

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE, AR 72765

MAY 15, 2022

ACCOUNT NUMBER:   M021141637-001-00001

ACCOUNT NAME:   EDWARDS MANAGEMENT GROUP LLC

A payment or return premium credit of **$20,376.91** was applied to your account on **05/15/2022**.

There is an outstanding Notice of Cancellation dated **05/04/2022** on your account. The Notice of Cancellation required payment of **$122,167.54** by **05/22/2022** to keep coverage in force. Since **05/04/2022** payment(s)/premium credit(s) of **$122,040.00** have been applied to your account which is **$127.54** less than the amount required under the Notice of Cancellation.

Please refer to the Notice of Cancellation, <u>which remains in effect</u>.
Payments received after **05/22/2022** will not guarantee reinstatement of your account.

If you have any questions in regard to your account, you may contact one of our Customer Service Consultants at (800) 332-6641.

---

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. PLEASE ALLOW 7 DAYS FOR MAILING OR CONTACT CUSTOMER SERVICE AT (800) 332-6641 FOR ALTERNATIVE PAYMENT METHODS.**

| ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|
| M021141637-001-00001 | $ |

Make Check Payable To:

ZURICH NORTH AMERICA
PO BOX 4664
CAROL STREAM, IL 60197-4664

13000000000012754200000000000021141637001000010300016

**PARTIAL PAYMENT LETTER**

7045 College Boulevard
Overland Park, KS 66211


**ZURICH**

AGENCY:

MCGRIFF INSURANCE SERVICES, INC.
1465 E JOYCE BLVD STE 205
FAYETTEVILLE, AR 72703-5194

PAYOR NAME AND ADDRESS

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE, AR 72765

MAY 03, 2022

ACCOUNT NUMBER:   M021141637-001-00001

ACCOUNT NAME:   EDWARDS MANAGEMENT GROUP LLC

A payment or return premium credit of **$101,663.09** was applied to your account on **05/03/2022**.

There is an outstanding Notice of Cancellation dated **05/04/2022** on your account. The Notice of Cancellation required payment of **$122,167.54** by **05/22/2022** to keep coverage in force. Since **05/04/2022** payment(s)/premium credit(s) of **$101,663.09** have been applied to your account which is **$20,504.45** less than the amount required under the Notice of Cancellation.

Please refer to the Notice of Cancellation, <u>which remains in effect</u>. Payments received after **05/22/2022** will not guarantee reinstatement of your account.

If you have any questions in regard to your account, you may contact one of our Customer Service Consultants at (800) 332-6641.

---

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. PLEASE ALLOW 7 DAYS FOR MAILING OR CONTACT CUSTOMER SERVICE AT (800) 332-6641 FOR ALTERNATIVE PAYMENT METHODS.**

| ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|
| M021141637-001-00001 | **$** |

Make Check Payable To:

ZURICH NORTH AMERICA
PO BOX 4664
CAROL STREAM, IL 60197-4664

13000000002050445200000000000211416370010000l030010

7045 College Boulevard
Overland Park, KS 66211

**NOTICE OF CANCELLATION**

## THIS NOTICE OF CANCELLATION ONLY APPLIES TO
## THE POLICY(S) SHOWN BELOW


ZURICH®

**INSURED NAME AND ADDRESS**

EDWARDS MANAGEMENT GROUP LLC
PO BOX 1549
SPRINGDALE AR 72765

**FOR FURTHER INFORMATION OR SERVICE, CONTACT YOUR AGENT
OR OUR CUSTOMER SERVICE DEPARTMENT AT 1-800-332-6641.**

AGENT: MCGRIFF INSURANCE SERVICES, INC.
CODE:  36 53683000
PHONE: (479)684-5250

**ACCOUNT NUMBER:** M021141637-001-00001

**THIS NOTICE OF CANCELLATION ISSUED:** 05/04/22

| POLICY NUMBER(S) | TYPE OF POLICY | POLICY EFFECTIVE DATE(S) | EFFECTIVE DATE OF CANCELLATION | CURRENTLY DUE |
|---|---|---|---|---|
| CPO 3195825 | COMMERCIAL PACKAGE | 02/22/22 | 05/22/22 | $122,167.54 |

YOUR POLICY(S) SHOWN ABOVE WILL BE CANCELLED AS OF THE EFFECTIVE DATE OF CANCELLATION SHOWN ABOVE, BECAUSE WE HAVE NOT RECEIVED YOUR PAYMENT. THE CANCELLATION WILL TAKE EFFECT AT 12:01 A.M. LOCAL TIME AT THE ADDRESS OF THE INSURED ON THE DATE OF CANCELLATION SHOWN ABOVE. IF WE RECEIVE YOUR PAYMENT BY THAT DATE AND TIME, YOUR INSURANCE COVERAGE WILL CONTINUE WITHOUT INTERRUPTION.

THE POLICY OR POLICIES TO BE CANCELLED WERE ISSUED BY THE COMPANIES DESIGNATED BELOW:
ZURICH AMERICAN INSURANCE CO.

\* THE AMOUNT ON THIS NOTICE OF CANCELLATION MAY DIFFER FROM THE AMOUNT SPECIFIED ON YOUR LAST INVOICE IF SUBSEQUENT CREDITS OR PAYMENTS WERE LATER APPLIED TO YOUR ACCOUNT.

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

| ACCOUNT NUMBER | MAIL DATE | DUE DATE | CURRENTLY DUE |
|---|---|---|---|
| M021141637-001-00001 | 05/04/22 | 05/22/22 | $122,167.54 |

| INSURED NAME | EDWARDS MANAGEMENT GROUP LLC | AMOUNT ENCLOSED |
|---|---|---|

**Call 866-350-7599 to make
a payment by phone.**

Make Check Payable To:    **$**

ZURICH NORTH AMERICA
PO BOX 4664
CAROL STREAM, IL 60197-4664

990045 Ed. 5-97

1300000001221675420000000000211416370010000103015

# ARKANSAS ATTACHMENT TO NOTICE OF CANCELLATION OR NON-RENEWAL

1. **CONTINUITY OF MOTOR VEHICLE INSURANCE:**

   **THIS NOTICE PERTAINS TO THE CANCELLATION OR NONRENEWAL OF MOTOR VEHICLE INSURANCE. PLEASE NOTE THAT FAILURE TO MAINTAIN AUTOMOBILE LIABILITY COVERAGE IN THE MINIMUM LIMITS OF LIABILITY OF $25,000/$50,000/$25,000 IS A VIOLATION OF ARKANSAS LAW.**

2. **Automobile Insurance Plan Information (this information applies only with respect to the termination of automobile insurance):**

   This cancellation or nonrenewal pertains to an automobile insurance policy, other than one issued through the Arkansas Automobile Insurance Plan. You are possibly eligible for automobile insurance through another insurer or under the Arkansas Automobile Insurance Plan. Please contact your agent for more information.

Includes copyright material of Uniform Information Services, Inc.
Copyright, Uniform Information Services, Inc. 1996
Copyright, Zurich American Insurance Company as to additional text and revisions, 2004

7045 College Boulevard
Overland Park, KS 66211

**Invoice**

| | |
|---|---|
| Agency: | MCGRIFF INSURANCE SERVICES, INC. |
| Account Name: | EDWARDS MANAGEMENT GROUP LLC |
| Account Number: | M021141637-001-00001 |
| Invoice Date: | 04-03-22 |
| Due Date: | 04-23-22 |
| Current Balance: | $244,283.00 |
| Minimum Due: | $101,790.63 |

**ZURICH**

Please see reverse side for other messages
and important billing information.

PAYOR NAME AND ADDRESS

EDWARDS MANAGEMENT GROUP LLC
2100 TURNER ST
SPRINGDALE AR 72764-7150

IF WE DO NOT RECEIVE THE MINIMUM DUE BY THE DUE DATE ON THIS INVOICE,
 * YOU WILL BE ASSESSED A LATE FEE OF $20.00
 * THE DUE DATE OF YOUR NEXT INSTALLMENT WILL BE ACCELERATED TO 05/02/22
 * THE MINIMUM AMOUNT DUE BY 05/02/22 TO AVOID ISSUANCE OF A CANCELLATION NOTICE WILL BE $122167.54

ZURICH AMERICAN INSURANCE CO., AMERICAN ZURICH INS. CO., AMERICAN GUARANTEE & LIABILITY, STEADFAST INSURANCE, ZURICH AMERICAN OF ILLINOIS,
NORTHERN INSURANCE COMPANY OF NEW YORK, ASSURANCE COMPANY OF AMERICA

## SUMMARY OF ACTIVITY SINCE YOUR LAST INVOICE

| | POLICY NUMBER | EFFECTIVE DATE | ACTIVITY | TRANSACTION AMOUNT | MINIMUM DUE |
|---|---|---|---|---|---|
| | | | PREVIOUS STATEMENT BALANCE | 0.00 | |
| | | | INSTALLMENT FEE | | 6.00 |
| CPO | 3195825 | 02-22-22 | COMMERCIAL PACKAGE - RENEWAL | 244,088.00 | 101,695.44 |
| | | 02-22-22 | COMMERCIAL PACKAGE - ENDORSEMENT DEBIT | 214.00 | 89.19 |
| | | 02-22-22 | COMMERCIAL PACKAGE - ENDORSEMENT CREDIT | 19.00C | |

## FUTURE MONTHLY INSTALLMENTS

Please note that changes to your policy coverage may change your installment schedule.

| Due Date | Premium | Fee | Amount Due | Due Date | Premium | Fee | Amount Due |
|---|---|---|---|---|---|---|---|
| 05-22-22 | 20,356.91 | 6.00 | 20,362.91 | 11-22-22 | 20,356.91 | 6.00 | 20,362.91 |
| 06-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |
| 07-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |
| 08-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |
| 09-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |
| 10-22-22 | 20,356.91 | 6.00 | 20,362.91 | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| ACCOUNT NUMBER | INVOICE DATE | DUE DATE | CURRENT BALANCE | MINIMUM DUE |
|---|---|---|---|---|
| M021141637-001-00001 | 04-03-22 | 04-23-22 | $244,283.00 | $101,790.63 |

If you have an address change, you must place
a check mark in the box below and enter the new
information in the space provided on the reverse side.

**AMOUNT ENCLOSED**

Please DO NOT mail payments to
PO Box 5387.
Make Checks payable to Zurich and
mail payment to:

ZURICH NORTH AMERICA
PO BOX 4664
CAROL STREAM, IL 60197-4664

13000000010179063202442830000211416370010001030018

**THANK YOU FOR CHOOSING ZURICH. LISTED BELOW IS A GUIDE TO ASSIST YOU IN REVIEWING YOUR INVOICE.**

**Additional Provisions**

– FOR BILLING INQUIRIES PLEASE CALL OUR CUSTOMER SERVICE DEPARTMENT AT 1-800-332-6641. PLEASE SEND ANY WRITTEN CORRESPONDENCE VIA FAX TO 1-913-664-4029. OR E-MAIL AT DIRECT.BILL@ZURICHNA.COM. INCLUDE YOUR ZURICH ACCOUNT NUMBER ON ALL CORRESPONDENCE

– An installment fee may be added to all installment invoices. However, if you decide to pay the entire annual premium in full on the first invoice, you do not need to pay the fee.

– If your policies are issued after the date that coverage began, your first invoice for those policies may include more than one installment.

– We reserve the right to withdraw payment by installments in the event your premium payments are received after the due date.

– Except for Virginia insureds, if a check is returned by your bank for any reason, your next invoice will include a check processing fee.

– For auditable policies, once we perform the audit and record the resulting premium, the audit premium will be billed to you in the next scheduled invoice. Payment for the audit is due within twenty (20) days after the invoice date.

– If you pay less than the Minimum Due, we will apply your payment first to amounts owed with the earliest due date.

– If you pay more than the Minimum Due, we will apply the extra funds to your next installment(s).

– Refunds, other than audits, on individual policies will be returned only after all balances on the account have been paid in full.

**LATE PAYMENTS/CANCELLATION**

– if you fail to pay the Minimum due by the due date, you will be assessed a late fee, except for Virginia and Missouri insureds. In addition, the date of your next payment will be due as provided on the front of your invoice, and a cancellation notice will be issued if the amount specified is not paid in full by the due date.

– If we receive a payment after the cancellation effective date, we will apply that payment towards any unpaid balance on your account before we refund any remainder, but your coverage may not be reinstated.

– After coverage is cancelled, we will bill you for any unpaid earned premium. If you do not pay, the matter may be forwarded to a collection agency.

| Messages |
|---|
| IF YOU WANT TO LEARN MORE ABOUT THE COMPENSATION ZURICH PAYS AGENTS AND BROKERS VISIT: HTTP://WWW.ZURICHNAPRODUCERCOMPENSATION.COM OR CALL THE FOLLOWING TOLL-FREE NUMBER: (866) 903-1192. THIS NOTICE IS PROVIDED ON BEHALF OF ZURICH AMERICAN INSURANCE COMPANY AND ITS UNDERWRITING SUBSIDIARIES.<br><br>TRY ZURICH EZPAY AND PAY ON-LINE. IT'S EASY AND EFFICIENT. SET UP YOUR RE-OCCURRING, AUTOMATIC PAYMENT TODAY. LOG ON TO OUR WEB SITE "ZURICHNA.INETBILLER.COM".<br><br>NEW PAYMENT OPTIONS ARE NOW AVAILABLE. CALL 866-350-7599 TO MAKE A PAYMENT BY PHONE USING A MASTER OR DISCOVER CREDIT CARD OR ELECTRONIC CHECK. A CONVENIENCE FEE OF 3% OF THE AMOUNT CHARGED IS APPLIED FOR CREDIT CARD PAYMENTS AND $1.95 FOR EACH ELECTRONIC CHECK PAYMENT. ALL OTHER PAYMENT OPTIONS REMAIN AVAILABLE AT NO COST.<br><br>SEND OVERNIGHT PAYMENTS TO THE FOLLOWING ADDRESS. ZURICH NORTH AMERICA COMMERCIAL; LOCKBOX 1219; C/O DELUXE/REMITCO LOCK BOX; 8430 W.BRYN MAWR AVE.3RD FL; CHICAGO, IL 60631 |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

Please contact your agent to update any address on your policy.

ACCOUNT #:   M021141637-001-00001

EDWARDS MANAGEMENT GROUP LLC

Please print the new billing address below:

ADDRESS _____

STATE _____    ZIP CODE _____

– – – – – – – – – – – – – – – – – – – Do Not Write Below This Line – – – – – – – – – – – – – – – –

Policy Number    CPO 3195825 - 02

Endorsement No.   003

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMMON POLICY CHANGE ENDORSEMENT**

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.**

- ☐ Commercial Property
- ☒ Commercial General Liability         NO CHARGE
- ☐ Commercial Crime
- ☐ Commercial Inland Marine
- ☐ Commercial Automobile
- ☐ Commercial Fidelity
- ☐ Property Portfolio Protection
- ☐ Equipment Breakdown

The following item(s):

- ☐ Insured's Name
- ☐ Effective/Expiration Date
- ☐ Payment Plan
- ☐ Add/Delete Vehicle
- ☐ Additional Interest
- ☒ Limits/Exposures
- ☐ Covered Property/Location Description

- ☐ Insured's Mailing Address
- ☐ Insured's Legal Status/Business of Insured
- ☒ Coverage Forms and Endorsements
- ☐ Deductibles
- ☒ Classification/Class Codes
- ☐ Underlying Exposure/Insurance

is (are) changed to read **[See Additional Page(s)]**

SEE NEXT PAGE

The above amendments result in a change in the premiums as follows:

**This premium does not include taxes and surcharges.**

| ☒ No Changes | ☐ To be Adjusted at Audit | Additional  NO CHARGE | Return  NO CHARGE |

**Tax and Surcharge Changes**

| Additional  NO CHARGE | | Return  NO CHARGE |

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.    003

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC          Effective Date of Change:    03/07/2022
                                                       12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.          Agent No.    53683000

### POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

LOCATION ADDED:
LOCATION #76,1700 POWELL ST, SPRINGDALE, AR 72764-6459

LOCATION DELETED:
LOCATION #61,7100 POWELL ST, SPRINGDALE, AR 72764

BUILDING ADDED:
BUILDING #1,1700 POWELL ST. ,SPRINGDALE ,AR ,72764

BUILDING DELETED:
BUILDING #1,7100 POWELL ST ,SPRINGDALE ,AR ,72764

THE FOLLOWING CLASS CODE HAS BEEN ADDED FOR LOCATION 76, BUILDING 1, IN THE STATE OF AR:
49451 - VACANT LAND - OTHER THAN NOT-FOR-PROFIT

THE FOLLOWING CLASS CODE HAS BEEN DELETED FOR LOCATION 61, BUILDING 1, IN THE STATE OF AR:
49451 - VACANT LAND - OTHER THAN NOT-FOR-PROFIT

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
U-GU-621-A CW 10/02 SCHEDULE OF NAMED INSURED(S)


ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

### REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

**Policy Number**   CPO 3195825 - 02

Endorsement No.   003

## SCHEDULE OF LOCATION CHANGES
Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| *** | *** | THE FOLLOWING PREMISES ARE ADDED | |
| 076 | | 1700 Powell St  Springdale, AR 72764-6459 | |
| 076 | 001 | 1700 Powell St. Springdale, AR 72764-6459 | |
| *** | *** | THE FOLLOWING PREMISES ADDRESSES ARE DELETED | |
| 061 | | 7100 POWELL ST  SPRINGDALE, AR 72764 | |
| 061 | 001 | 7100 POWELL ST SPRINGDALE, AR 72764 | |

Policy Number    CPO 3195825 - 02

Endorsement No.    003

# SCHEDULE OF GENERAL LIABILITY CHANGES

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date:    03/07/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.    53683000

**CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED.**

**THE FOLLOWING CLASS CODE INFORMATION IS CHANGED**

| Code No. 49451 | Premium Basis Acres | Premises/Operations | |
|---|---|---|---|
| Location 061/001 | Exposure 14 | Rate .8993 | Premium -$13.00 |
| Classification: Vacant Land - Other than Not-For-Profit | | Products/Compl. Operations | |
| | | Rate | Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS ADDED**

| Code No. 49451 | Premium Basis Acres | Premises/Operations | |
|---|---|---|---|
| Location 076/001 | Exposure 14 | Rate 1.499 | Premium $20.00 |
| Classification: Vacant Land - Other than Not-For-Profit | | Products/Compl. Operations | |
| | | Rate | Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS ADDED**

| Code No. | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location | Exposure | Rate | Premium -$7.00 |
| Classification: Premium | | Products/Compl. Operations | |
| | | Rate | Premium |

U-GL-1112-A CW (10/02)

Policy Number    CPO 3195825 - 02

Endorsement No.   002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMMON POLICY CHANGE ENDORSEMENT**

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC             Effective Date of Change:    03/07/2022
                                                         12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.           Agent No.   53683000

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.**

☐ Commercial Property
☒ Commercial General Liability          **-$19.00**
☐ Commercial Crime
☐ Commercial Inland Marine
☐ Commercial Automobile
☐ Commercial Fidelity
☐ Property Portfolio Protection
☐ Equipment Breakdown

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/Business of Insured |
| ☐ Payment Plan | ☒ Coverage Forms and Endorsements |
| ☐ Add/Delete Vehicle | ☐ Deductibles |
| ☐ Additional Interest | ☒ Classification/Class Codes |
| ☒ Limits/Exposures | ☐ Underlying Exposure/Insurance |
| ☐ Covered Property/Location Description | |

is (are) changed to read **[See Additional Page(s)]**

SEE NEXT PAGE

The above amendments result in a change in the premiums as follows:

**This premium does not include taxes and surcharges.**

| ☐ No Changes | ☐ To be Adjusted at Audit | Additional | Return **-$19.00** |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional  NO CHARGE | Return  NO CHARGE |
|---|---|

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.   002

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date of Change:    03/07/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

THE FOLLOWING CLASS CODE HAS BEEN ADDED FOR LOCATION 75, BUILDING 1, IN THE STATE OF AR:
63010 - DWELLINGS - ONE-FAMILY (LESSOR'S RISK ONLY)

THE FOLLOWING CLASS CODE HAS BEEN DELETED FOR LOCATION 75, BUILDING 1, IN THE STATE OF AR:
63013 - DWELLINGS - FOUR-FAMILY (LESSOR'S RISK ONLY)

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
U-GU-621-A CW 10/02 SCHEDULE OF NAMED INSURED(S)


ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

## REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

**Policy Number    CPO 3195825 - 02**

Endorsement No.   002

## SCHEDULE OF GENERAL LIABILITY CHANGES

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date:    03/07/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

**CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED.**

**THE FOLLOWING CLASS CODE INFORMATION IS  DELETED**

| Code No.<br>63013 | Premium Basis<br>Number of Dwellings | Premises/Operations | |
|---|---|---|---|
| Location<br>075/001 | Exposure<br>1 | Rate<br>44.5995 | Premium<br>-$43.00 |
| Classification:<br>Dwellings - four-family (lessor's risk only) | | Products/Compl. Operations | |
| | | Rate | Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS  ADDED**

| Code No.<br>63010 | Premium Basis<br>Number of Dwellings | Premises/Operations | |
|---|---|---|---|
| Location<br>075/001 | Exposure<br>1 | Rate<br>26.4224 | Premium<br>$25.00 |
| Classification:<br>Dwellings - one-family (lessor's risk only) | | Products/Compl. Operations | |
| | | Rate | Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS  CHANGED**

| Code No.<br>1504B | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location | Exposure | Rate | Premium<br>-$1.00 |
| Classification:<br>GL Supplemental Coverage Endorsement | | Products/Compl. Operations | |
| | | Rate | Premium |

U-GL-1112-A CW (10/02)

Policy Number    CPO 3195825 - 02

Endorsement No.   001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMMON POLICY CHANGE ENDORSEMENT**

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC          Effective Date of Change:   03/07/2022
                                                       12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.          Agent No.   53683000

---

This endorsement will not be used to decrease coverages, increase rates or deductibles or alter any terms or conditions of coverage unless at the sole request of the insured.

**COVERAGE PART INFORMATION — Coverage parts affected by this change as indicated by ☒ below.**

☐ Commercial Property
☒ Commercial General Liability          $46.00
☐ Commercial Crime
☐ Commercial Inland Marine
☐ Commercial Automobile
☐ Commercial Fidelity
☒ Property Portfolio Protection         $168.00
☐ Equipment Breakdown

---

The following item(s):

| | |
|---|---|
| ☐ Insured's Name | ☐ Insured's Mailing Address |
| ☐ Effective/Expiration Date | ☐ Insured's Legal Status/Business of Insured |
| ☐ Payment Plan | ☒ Coverage Forms and Endorsements |
| ☐ Add/Delete Vehicle | ☐ Deductibles |
| ☒ Additional Interest | ☒ Classification/Class Codes |
| ☒ Limits/Exposures | ☐ Underlying Exposure/Insurance |
| ☒ Covered Property/Location Description | |

---

is (are) changed to read **[See Additional Page(s)]**

SEE NEXT PAGE

---

The above amendments result in a change in the premiums as follows:

**This premium does not include taxes and surcharges.**

| ☐ No Changes | ☐ To be Adjusted at Audit | Additional  $214.00 | Return |
|---|---|---|---|

**Tax and Surcharge Changes**

| Additional  NO CHARGE | Return  NO CHARGE |
|---|---|

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.   001

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date of Change:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

### POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

LOCATION ADDED:
LOCATION #75,1501 PRINCETON DR, FORT SMITH, AR 72908-8563

BUILDING ADDED:
BUILDING #1,1501 PRINCETON DR ,FORT SMITH ,AR ,72908-8563

PER THE ATTACHED COMMERCIAL PROPERTY CHANGE ENDORSEMENT, THE FOLLOWING LOCATION HAS
BEEN ADDED:
PREMISES # 75
1501 PRINCETON DRFORT SMITH
REAL PROPERTY $125,000

THE EARTH MOVEMENT HAS BEEN ADDED TO PREMISES #75 1501 PRINCETON DR, FORT SMITH, AR
72908-8563,
LIMIT $125000.0000,DEDUCTIBLE $25000.0000

FLOOD COVERAGE HAS BEEN ADDED TO PREMISES #75 1501 PRINCETON DR, FORT SMITH, AR 72908-8563
LIMIT: $125000.0000  DEDUCTIBLE: $25000.0000

THE FOLLOWING CLASS CODE HAS BEEN ADDED FOR LOCATION 75, BUILDING 1, IN THE STATE OF AR:
63013 - DWELLINGS - FOUR-FAMILY (LESSOR'S RISK ONLY)

THE FOLLOWING ADDITIONAL INTEREST (ADDL NAMED INSURED) HAS BEEN ADDED TO THE POLICY:
J & J EDWARDS FAMILY PROPERTIES, LLC

THE FOLLOWING FORM(S) HAS BEEN ADDED:
PPP-0501 06/06 COMMERCIAL PROPERTY CHANGE ENDORSEMENT--SUMMARY OF PREMISES
U-GL-1224-A MU 12/04 EXTENDED REPORTING PERIOD

### REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this
insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in
the proportion that the value at each location bears to the value of all Covered Property being removed. This permit
applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the
previous location.

U-GU-614-C MU (11/18)

Policy Number    CPO 3195825 - 02

Endorsement No.    001

## COMMON POLICY CHANGE ENDORSEMENT

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date of Change:    03/07/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.    53683000

## POLICY CHANGES ENDORSEMENT DESCRIPTION (CONT'D)

THE FOLLOWING FORM(S) HAS BEEN AMENDED:
U-GU-621-A CW 10/02 SCHEDULE OF NAMED INSURED(S)


ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME

### REMOVAL PERMIT

If this policy includes the Commercial Property Coverage Part, the following applies with respect to the Coverage Part:

If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change; after that, this insurance does not apply at the previous location.

U-GU-614-C MU (11/18)

**Policy Number**  CPO 3195825 - 02

Endorsement No.  001

## SCHEDULE OF LOCATION CHANGES
Zurich American Insurance Company of Illinois

Named Insured   Edwards Management Group LLC

Effective Date:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| *** | *** | THE FOLLOWING PREMISES ARE ADDED | |
| 075 | | 1501 Princeton Dr  Fort Smith, AR 72908-8563 | |
| 075 | 001 | 1501 Princeton Dr Fort Smith, AR 72908-8563 | |

| | Policy Number |
|---|---|
| | **CPO 3195825 - 02** |

### SCHEDULE OF NAMED INSURED(S)

Named Insured    Edwards Management Group LLC

Effective Date:   03/07/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

### NAMED INSURED

Edwards Management Group LLC
ISC NORTH LLC
ISC PROPERTIES LLC
INDUSTRIAL DEVELOPERS LLC
JOE EDWARDS REVOCABLE TRUST
3E DEVELOPMENT LLC
EDWARDS BROTHERS HOLDINGS LLLP
J&J EDWARDS LIMITED PARTNERSHIP, LLLP
G&C EDWARDS FAMILY TRUST
JANICE EDWARDS REVOCABLE TRUST
J & J Edwards Family Properties, LLC
GREGORY J EDWARDS REVOCABLE TRUST
CHRIS W EDWARDS REVOCABLE TRUST
NWA INDUSTRIAL PARK LLC
OMR COMMERCIAL PARK LLC
OUTER LIMITS PROPERTIES LLC
Northwest Arkansas Bonded and Public Warehouse, Inc.
Aspen Marie Edwards 2016 Trust
Breanna Jo Edwards 2016 Trust
Gage William Edwards 2016 Trust
ISC South LLC
NWA Heavy Haul & Transport, Inc.
TNT Equipment Leasing LLC
J & J Edwards Family Properties, LLC

Policy Number    CPO 3195825 - 02

Endorsement No.    001

## SCHEDULE OF GENERAL LIABILITY CHANGES

Zurich American Insurance Company of Illinois

Named Insured    Edwards Management Group LLC

Effective Date:    03/07/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.    53683000

**CLASS CODE INFORMATION AFFECTED BY THIS CHANGE IS ADDED, DELETED OR CHANGED AS INDICATED.**

**THE FOLLOWING CLASS CODE INFORMATION IS ADDED**

| Code No. 63013 | Premium Basis Number of Dwellings | Premises/Operations | |
|---|---|---|---|
| Location 075/001 | Exposure 1 | Rate 44.5995 | Premium $43.00 |
| Classification: Dwellings - four-family (lessor's risk only) | | Products/Compl. Operations | |
| | | Rate | Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS CHANGED**

| Code No. | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location | Exposure | Rate | Premium $1.00 |
| Classification: Broad Form / Newly Acquired Named Insured Endorsement - Real Estate - Enhancement | | Products/Compl. Operations | |
| | | Rate | Premium |

**THE FOLLOWING CLASS CODE INFORMATION IS CHANGED**

| Code No. 1504B | Premium Basis | Premises/Operations | |
|---|---|---|---|
| Location | Exposure | Rate | Premium $2.00 |
| Classification: GL Supplemental Coverage Endorsement | | Products/Compl. Operations | |
| | | Rate | Premium |

U-GL-1112-A CW (10/02)



# Commercial Property Change Endorsement

**Zurich American Insurance Company**

**NAMED INSURED:**

Edwards Management Group LLC

**POLICY PERIOD:**

From:  02/22/2022  To:  02/22/2023

12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS

**POLICY NUMBER:**  CPO 3195825 - 02

**EFFECTIVE DATE OF CHANGE:**  03/07/2022

---

## SUMMARY OF PREMISES (REVISED)

**PREMISES #**  75

**PREMISES ADDRESS**
1501 Princeton Dr
Fort Smith, AR  72908-8563

---

| COVERAGE | LIMIT OF INSURANCE |
| --- | --- |
| REAL PROPERTY | $125,000 |
| EARTH MOVEMENT (SCHEDULE A) | $125,000 |
| FLOOD (SCHEDULE I) | $125,000 |

| DEDUCTIBLE | AMOUNT |
| --- | --- |
| EARTH MOVEMENT (SCHEDULE A) | $25,000 |
| FLOOD (SCHEDULE I) | $25,000 |
| WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT | $25,000 |

# Extended Reporting Period



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l Prem. | Return Prem. |
|---|---|---|---|---|---|---|
| CPO 3195825 - 02 | 02/22/2022 | 02/22/2023 | 03/07/2022 | 53683000 | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Employee Benefits Liability Coverage Part**

**I.**   The policy is amended to add the following Extended Reporting Period for the reporting of "claims";

   **1.**   We will provide one or more Extended Reporting Periods as described below, if:

   **a.**   This Coverage Part is canceled or not renewed; or

   **b.**   We renew or replace this Coverage Part with insurance that;

   **(1)**   Has a Retroactive Date later than the date shown in the Declarations of this Coverage Part; or

   **(2)**   Does not apply to acts, errors, or omissions from the "administration" of "employee benefit programs" on a "claims-made" basis.

   **2.**   A basic Extended Reporting Period is automatically provided without additional charge.   This period starts with the end of the policy period and lasts for:

   **a.**   One year for "claims" arising out of an act, error, or omission reported to us not later than 60 days after the end of the policy period, in accordance with **Condition B.,** paragraph **(1)** of this Coverage Part; or

   **b.**   60 days for all other "claims".

   **3.**   A Supplemental Extended Reporting Period of three years   duration is available, but only by an endorsement and for an extra charge.   This supplemental period starts:

   **a.**   One year after the end of the policy period for "claims" arising out of an act, error, or omission reported to us not later than 60 days after the end of the policy period, in accordance with **Condition B.,** paragraph **(1)** of this Coverage Part; or

   **b.**   60 days after the end of the policy period for all other "claims".

   You must give us written request for this endorsement within 60 days after the end of the policy period.  The Supplemental Extended Reporting Period

will not go into effect unless you pay the additional premium promptly when due.   The additional premium will not exceed 200% of the annual premium for this Coverage Part.

The endorsement shall set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

If the Supplemental Extended Reporting Period is in effect, we will provide the supplemental aggregate limit of insurance, but only for claims first received and recorded during the Supplemental Extended Reporting Period.

The Supplemental Aggregate Limit will be equal to the Aggregate Limit entered on the Declarations in effect for the policy to which the Extended Reporting Period endorsement is attached.

   **4.**   Extended Reporting Periods do not extend the policy period or change the scope of coverage provided.   They apply only to claims for act, errors, or omissions that occur before the end of the policy period (but not before the Retroactive Date, if any, shown in the Declarations).

   "Claims" for such injury or damage which are first received and recorded during the basic Extended Reporting Period (or during the Supplemental Extended Reporting Period, if it is in effect) will be deemed to have been made on the last day of the policy period.

   Once in effect, Extended Reporting Periods may not be canceled.

**All other terms and conditions remain unchanged.**

**Insured Name:** Edwards Management Group LLC
**Policy Number:** CPO 3195825 - 02
**Effective Date:** 02/22/2022



**THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.**

# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

**SCHEDULE***

| |
|---|
| Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA: |
| **General Liability**        Not Applicable - Terrorism Exclusion |
| **Property Portfolio Protection**        Not Applicable - Terrorism Exclusion |
| |
| |
| |

*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

You should know that where coverage is provided by this policy for losses resulting from certified acts of terrorism, the United States Government may pay up to 80% of insured losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

**E. Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.** To be an act of terrorism;

**2.** To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.** To have resulted in damage within the United States, or outside of the United States in the case of an air carrier

(as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

**4.** To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2020 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



# Exclusion of Certified Acts of Terrorism

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| Edwards Management Group LLC | CPO 3195825 - 02 | 02/22/2022 | |

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies your insurance:

### SCHEDULE*

The exception relating to certain fire losses applies to property located in the following state(s), if covered by this insurance:

| State(s) |
|---|
| California, Georgia, Hawaii,  Illinois, Iowa,  Maine, Missouri, New Jersey, New York, North Carolina, |
| Oregon,  Rhode Island (except as to commercial special risks), Virgin Islands, Washington, West Virginia, |
| and Wisconsin. |
| |
| |

*Information required to complete the Schedule, if not shown above, will be shown in the Declarations.

**A.  Exclusion of Certified Acts of Terrorism**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism", including action in hindering or defending against an actual or expected "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**B.  Exception Relating to Fire Losses Applicable to Property Located in Certain States**

If the "certified act of terrorism" results in fire, we will pay for the direct physical loss or damage to Covered Property caused by that fire. This exception does not apply to any other loss or damage including but not limited to business income, extra expense, any additional coverage and any coverage extension.

**C.  Definition**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism.  The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1.  To be an act of terrorism;

2.  To be a violent act or an act that is dangerous to human life, property or infrastructure;

3.  To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4.  To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

**D. Application of Other Exclusions**

The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

**E. Cap on Losses From Certified Acts of Terrorism**

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

All other terms and conditions of this policy remain unchanged.



# Disclosure Statement

It is our pleasure to present the enclosed policy to you for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED/ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT AND BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

**COMMERCIAL INSURANCE**

# COMMON POLICY DECLARATIONS

Policy Number   CPO 3195825 - 02

Renewal of Number   CPO 3195825 - 01

Named Insured and Mailing Address

Edwards Management Group LLC
(SEE NAMED INSURED ENDT)
2100 Turner St
Springdale, AR 72764-7150

Producer and Mailing Address

MCGRIFF INSURANCE SERVICES, INC.
1465 E JOYCE BLVD STE 205
FAYETTEVILLE, AR 72703-5194

Producer Code   53683000

Policy Period:   Coverage begins 02/22/2022 at 12:01 A.M.;   Coverage ends 02/22/2023 at 12:01 A.M.

The named insured is   ☐ Individual        ☐ Partnership      ☒ Corporation

☐ Other:

This insurance is provided by one or more of the stock insurance companies which are members of the Zurich-American Insurance Group. The company that provides coverage is designated on each Coverage Part Common Declarations. The company or companies providing this insurance may be referred to in this policy as "The Company", we, us, or our. The address of the companies of the Zurich-American Insurance Group are provided on the next page.

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE(S): | | | |
|---|---|---|---|
| Property Portfolio Protection | PREMIUM | $ | 216,510.00 |
| issued by   Zurich American Insurance Company | | | |
| General Liability | PREMIUM | $ | 27,578.00 |
| issued by   Zurich American Insurance Company of Illinois | | | |
| | | | |
| **THIS PREMIUM MAY BE SUBJECT TO AUDIT**<br>This premium does not include Taxes and Surcharges. | **TOTAL** | $ | 244,088.00 |
| **Taxes and Surcharges** | **TOTAL** | $ | 0.00 |
| The Form(s) and Endorsement(s) made a part of this policy at the time of issue are listed on the **SCHEDULE of FORMS and ENDORSEMENTS.** | | | |
| Countersigned this        day of | | | |

Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART FORM(S), FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Policy Number

**CPO 3195825 - 02**

**SCHEDULE OF FORMS AND ENDORSEMENTS**

Named Insured    Edwards Management Group LLC

Effective Date:    02/22/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.

Agent No.    53683000

**Common Policy Forms and Endorsements**

| | | |
|---|---|---|
| U-GU-630-E CW | 01/20 | Disclosure of Important Information Relating to Terrorism Risk Insurance Act |
| U-GU-D-310-A | 01/93 | Common Policy Declarations |
| U-GU-619-A CW | 10/02 | Schedule of Forms and Endorsements |
| U-GU-319-F | 01/09 | Important Notice - In Witness Clause |
| U-GU-621-A CW | 10/02 | Schedule Of Named Insured(s) |
| U-GU-618-A CW | 10/02 | Schedule of Locations |
| IL 00 17 | 11/98 | Common Policy Conditions |
| IL 00 21 | 09/08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 99 | 09/08 | Arkansas Changes - Transfer Of Rights Of Recovery Against Others To Us |
| IL 02 31 | 09/08 | Arkansas Changes - Cancellation And Nonrenewal |
| IL 00 03 | 09/08 | Calculation Of Premium |
| U-GU-1191-A CW | 03/15 | Sanctions Exclusion Endorsement |

**Property Portfolio Protection Forms and Endorsements**

| | | |
|---|---|---|
| U-GU-681-C CW | 01/15 | Exclusion of Certified Acts of Terrorism |
| PPP-0001 | 06/06 | Commercial Property Coverage Part Declarations |
| PPP-0101 | 04/19 | Commercial Property Coverage Part General Provisions |
| PPP-0102 | 08/16 | Commercial Property Conditions |
| PPP-0103 | 08/16 | Commercial Property Definitions |
| PPP-0110 | 08/16 | Real and Personal Property Coverage Form |
| PPP-0111 | 03/14 | Additional Coverages Form |
| PPP-0112 | 08/16 | Accounts Receivable Coverage Form (Revenue Loss) |
| PPP-0113 | 04/09 | Crime Coverage Form |
| PPP-0114 | 08/16 | Fine Arts Coverage Form |
| PPP-0115 | 03/14 | Installation and Service Property Coverage Form |
| PPP-0116 | 08/16 | Original Information Property Coverage Form |
| PPP-0117 | 03/14 | Transit Coverage Form |
| PPP-0130 | 08/16 | Business Income Coverage Form (Excluding Extra Expense) |

|  | | Policy Number |
|---|---|---|
|  | | CPO 3195825 - 02 |

### SCHEDULE OF FORMS AND ENDORSEMENTS

Named Insured   Edwards Management Group LLC

Effective Date:   02/22/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

| | | |
|---|---|---|
| PPP-0132 | 08/16 | Extra Expense Coverage Form |
| PPP-0226 | 06/06 | Wind and Hail--Direct Damage and Time Element Deductible |
| PPP-0250 | 08/16 | Roof Covering Valuation |
| PPP-0252 | 09/18 | Cosmetic Damage to Roof Covering Limitation |
| PPP-0302 | 03/14 | Dependent Premises Business Income Coverage--Unscheduled Locations |
| PPP-0304 | 08/16 | Earth Movement Coverage |
| PPP-0308 | 06/06 | Enabling Endorsement |
| PPP-0310 | 08/16 | Flood Coverage |
| PPP-0414 | 05/10 | Real Estate Tax Assessment Coverage |
| PPP-0502 | 03/14 | Loss Payable Provisions |
| PPP-1031 | 03/18 | Arkansas Changes |
| CP 02 99 | 06/07 | Cancellation Changes |

**General Liability Forms and Endorsements**

| | | |
|---|---|---|
| U-GL-1504-B CW | 04/13 | General Liability Supplemental Coverage Endorsement - Real Estate - Enhancement |
| U-GL-1507-A CW | 09/11 | Broad Form / Newly Acquired Named Insured Endorsement - Real Estate - Enhancement |
| U-GL-1517-B CW | 04/13 | Recording And Distribution Of Material Or Information In Violation Of Law Exclusion |
| U-GL-849-B CW | 08/04 | Employee Benefits Liability - Claims-Made Coverage Form |
| U-GL-D-1115-B CW | 09/04 | Commercial General Liability Coverage Part Declarations |
| U-GL-1113-A CW | 10/02 | Commercial General Liability Coverage Schedule |
| U-GL-D-849-B CW | 09/04 | Employee Benefit Liability Coverage Part - Claims Made Declarations |
| CG 00 01 | 04/13 | Commercial General Liability Coverage Form |
| CG 21 90 | 01/06 | Exclusion Of Terrorism |
| U-GL-1171-B CW | 07/19 | Fungi Or Bacteria Exclusion Endorsement |
| U-GL-1342-A CW | 10/07 | Lead Exclusion |
| U-GL-2163-A CW | 04/19 | Construction Operations Exclusion |
| U-GL-1178-A CW | 07/03 | Asbestos Exclusion Endorsement |

**Policy Number**

**CPO 3195825 - 02**

**SCHEDULE OF FORMS AND ENDORSEMENTS**

Named Insured   Edwards Management Group LLC

Effective Date:   02/22/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.          Agent No.   53683000

| | | |
|---|---|---|
| CG 01 42 | 07/11 | Arkansas Changes |
| U-GL-850-A CW | 07/96 | Deductible Endorsement Claims - Made |
| CG 21 08 | 05/14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information (Coverage B Only) |
| CG 21 32 | 05/09 | Communicable Disease Exclusion |
| CG 21 41 | 12/19 | Exclusion - Intercompany Products Suits |
| CG 21 47 | 12/07 | Employment-Related Practices Exclusion |
| CG 21 73 | 01/15 | Exclusion Of Certified Acts Of Terrorism |
| CG 21 87 | 01/15 | Condtional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 21 96 | 03/05 | Silica or Silica-Related Dust Exclusion |
| CG 26 08 | 04/90 | Arkansas Changes - Multi-Year Policies |
| U-GL-1215-A CW | 09/04 | Asbestos Exclusion - Abatement Contractors |

## Important Notice - In Witness Clause



In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

President                                                                 Corporate Secretary

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1299 Zurich Way
Schaumburg, Illinois 60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email:** info.source@zurichna.com

<table>
<tr><td></td><td>

**Policy Number**

**CPO 3195825 - 02**

</td></tr>
</table>

### SCHEDULE OF NAMED INSURED(S)

| | |
|---|---|
| Named Insured    Edwards Management Group LLC | Effective Date:    02/22/2022<br>12:01 A.M., Standard Time |

| | |
|---|---|
| Agent Name    MCGRIFF INSURANCE SERVICES, INC. | Agent No.   53683000 |

### NAMED INSURED

Edwards Management Group LLC

ISC NORTH LLC

ISC PROPERTIES LLC

INDUSTRIAL DEVELOPERS LLC

JOE EDWARDS REVOCABLE TRUST

3E DEVELOPMENT LLC

EDWARDS BROTHERS HOLDINGS LLLP

J&J EDWARDS LIMITED PARTNERSHIP, LLLP

G&C EDWARDS FAMILY TRUST

JANICE EDWARDS REVOCABLE TRUST

J&J FAMILY PROPERTIES LLC

GREGORY J EDWARDS REVOCABLE TRUST

CHRIS W EDWARDS REVOCABLE TRUST

NWA INDUSTRIAL PARK LLC

OMR COMMERCIAL PARK LLC

OUTER LIMITS PROPERTIES LLC

Northwest Arkansas Bonded and Public Warehouse, Inc.

Aspen Marie Edwards 2016 Trust

Breanna Jo Edwards 2016 Trust

Gage William Edwards 2016 Trust

ISC South LLC

NWA Heavy Haul & Transport, Inc.

TNT Equipment Leasing LLC

Policy Number

**CPO 3195825 - 02**

## SCHEDULE OF LOCATIONS

Named Insured    Edwards Management Group LLC          Effective Date:   02/22/2022
                                                                          12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.          Agent No.   53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| 001 | | 2100 Turner St<br>Springdale, AR 72764-7150 | |
| 001 | 001 | 2100 Turner St<br>Springdale, AR 72764-7150 | |
| 002 | | 2009 S Arkola Dr<br>Springdale, AR 72764-7031 | |
| 002 | 001 | 2009 S Arkola Dr<br>Springdale, AR 72764-7031 | |
| 003 | | 2300 Ford Ave<br>Springdale, AR 72764-4704 | |
| 003 | 001 | 2300 Ford Ave<br>Springdale, AR 72764-4704 | |
| 004 | | 275 E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 004 | 001 | 275 E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 005 | | 275A E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 005 | 001 | 275A E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 006 | | 275B E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 006 | 001 | 275B E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 007 | | 275C E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 007 | 001 | 275C E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 008 | | 275D E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 008 | 001 | 275D E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 009 | | 275E E Robinson Ave<br>Springdale, AR 72764-7125 | |

<table>
<tr><td colspan="2"></td><td colspan="3">**Policy Number**<br>**CPO 3195825 - 02**</td></tr>
</table>

## SCHEDULE OF LOCATIONS

Named Insured    Edwards Management Group LLC          Effective Date:   02/22/2022
                                                                                                          12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.          Agent No.   53683000

| Loc.<br>No. | Bldg.<br>No. | Designated Locations<br>(Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| 009 | 001 | 275E E Robinson Ave<br>Springdale, AR 72764-7125 | |
| 010 | | 327 E Robinson Ave<br>Springdale, AR 72764-7127 | |
| 010 | 001 | 327 E Robinson Ave<br>Springdale, AR 72764-7127 | |
| 011 | | 359 E Robinson Ave<br>Springdale, AR 72764-7127 | |
| 011 | 001 | 359 E Robinson Ave<br>Springdale, AR 72764-7127 | |
| 012 | | 1856 Fed X Dr<br>Springdale, AR 72764-6402 | |
| 012 | 001 | 1856 Fed X Dr<br>Springdale, AR 72764-6402 | |
| 013 | | 516A E Robinson Ave<br>Springdale, AR 72764 | |
| 013 | 001 | 516A E Robinson Ave<br>Springdale, AR 72764 | |
| 014 | | 1815 Fed X Dr<br>Springdale, AR 72764-6402 | |
| 014 | 001 | 1815 Fed X Dr<br>Springdale, AR 72764-6402 | |
| 015 | | 1853 Fed X Dr<br>Springdale, AR 72764-6402 | |
| 015 | 001 | 1853 Fed X Dr<br>Springdale, AR 72764-6402 | |
| 016 | | 1887 Fed X Dr<br>Springdale, AR 72764-6402 | |
| 016 | 001 | 1887 Fed X Dr<br>Springdale, AR 72764-6402 | |
| 017 | | 2300 S Old Missouri Rd<br>Springdale, AR 72764-8705 | |
| 017 | 001 | 2300 S Old Missouri Rd<br>Springdale, AR 72764-8705 | |

Policy Number

**CPO 3195825 - 02**

**SCHEDULE OF LOCATIONS**

Named Insured    Edwards Management Group LLC

Effective Date:   02/22/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.      Agent No.   53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| 018 | | 2400 S Old Missouri Rd Springdale, AR 72764-7898 | |
| 018 | 001 | 2400 S Old Missouri Rd Springdale, AR 72764-7898 | |
| 019 | | 2403 S Thompson St Springdale, AR 72764-6337 | |
| 019 | 001 | 2403 S Thompson St Springdale, AR 72764-6337 | |
| 020 | | 6116 Highway 271 S Fort Smith, AR 72908-7343 | |
| 020 | 001 | 6116 Highway 271 S Fort Smith, AR 72908-7343 | |
| 021 | | 6206 Highway 271 S Fort Smith, AR 72908-7345 | |
| 021 | 001 | 6206 Highway 271 S Fort Smith, AR 72908-7345 | |
| 022 | | 6212 Highway 271 S Fort Smith, AR 72908-7345 | |
| 022 | 001 | 6212 Highway 271 S Fort Smith, AR 72908-7345 | |
| 023 | | 6213 S 11th St Fort Smith, AR 72908-7201 | |
| 023 | 001 | 6213 S 11th St Fort Smith, AR 72908-7201 | |
| 024 | | 6215 S 11th St Fort Smith, AR 72908-7201 | |
| 024 | 001 | 6215 S 11th St Fort Smith, AR 72908-7201 | |
| 025 | | 5103 Wheeler Ave Fort Smith, AR 72901-8335 | |
| 025 | 001 | 5103 Wheeler Ave Fort Smith, AR 72901-8335 | |
| 026 | | 2200 S Old Missouri Rd Springdale, AR 72764-8702 | |

Policy Number

CPO 3195825 - 02

## SCHEDULE OF LOCATIONS

Named Insured    Edwards Management Group LLC

Effective Date:   02/22/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| 026 | 001 | 2200 S Old Missouri Rd<br>Springdale, AR 72764-8702 | |
| 027 | | 1505 S Old Missouri Rd<br>Springdale, AR 72764-1158 | |
| 027 | 001 | 1505 S Old Missouri Rd<br>Springdale, AR 72764-1158 | |
| 028 | | 1200 Stewart Pl<br>Springdale, AR 72764-1365 | |
| 028 | 001 | 1200 Stewart Pl<br>Springdale, AR 72764-1365 | |
| 029 | | 520 Gage Pl<br>Springdale, AR 72764-7350 | |
| 029 | 001 | 520 Gage Pl<br>Springdale, AR 72764-7350 | |
| 030 | | 343 E Robinson Ave<br>Springdale, AR 72764-7127 | |
| 030 | 001 | 343 E Robinson Ave<br>Springdale, AR 72764-7127 | |
| 031 | | 2200 Powell St<br>Springdale, AR 72764-7349 | |
| 031 | 001 | 2200 Powell St<br>Springdale, AR 72764-7349 | |
| 032 | | 1351 Stewart Pl<br>Springdale, AR 72764-1364 | |
| 032 | 001 | 1351 Stewart Pl<br>Springdale, AR 72764-1364 | |
| 033 | | 4188 E Hewitt Springs Rd<br>Springdale, AR 72764-4761 | |
| 033 | 001 | 4188 E Hewitt Springs Rd<br>Springdale, AR 72764-4761 | |
| 034 | | 4198 E Hewitt Springs Rd<br>Springdale, AR 72764-4761 | |
| 034 | 001 | 4198 E Hewitt Springs Rd<br>Springdale, AR 72764-4761 | |

Policy Number

**CPO 3195825 - 02**

## SCHEDULE OF LOCATIONS

Named Insured    Edwards Management Group LLC                Effective Date:   02/22/2022
                                                                             12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.            Agent No.  53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| 035 | | 3267 Stagecoach Ave Springdale, AR 72764-2808 | |
| 035 | 001 | 3267 Stagecoach Ave Springdale, AR 72764-2808 | |
| 036 | | 3268 Singletree Ave Springdale, AR 72764-2805 | |
| 036 | 001 | 3268 Singletree Ave Springdale, AR 72764-2805 | |
| 037 | | 4194 E Hewitt Springs Rd Springdale, AR 72764-4761 | |
| 037 | 001 | 4194 E Hewitt Springs Rd Springdale, AR 72764-4761 | |
| 038 | | 4204 E Hewitt Springs Rd Springdale, AR 72764-4712 | |
| 038 | 001 | 4204 E Hewitt Springs Rd Springdale, AR 72764-4712 | |
| 039 | | 1100 71 Plaza Ct Springdale, AR 72764-6394 | |
| 039 | 001 | 1100 71 Plaza Ct Springdale, AR 72764-6394 | |
| 040 | | 853 71 Plaza Ct Springdale, AR 72764-6327 | |
| 040 | 001 | 853 71 Plaza Ct Springdale, AR 72764-6327 | |
| 041 | | 480 E Robinson Ave Springdale, AR 72764-7130 | |
| 041 | 001 | 480 E Robinson Ave Springdale, AR 72764-7130 | |
| 042 | | 399 E Robinson Ave Springdale, AR 72764-7127 | |
| 042 | 001 | 399 E Robinson Ave Springdale, AR 72764-7127 | |
| 043 | | 917 71 Plaza Ct Springdale, AR 72764-6205 | |

Policy Number

**CPO 3195825 - 02**

### SCHEDULE OF LOCATIONS

Named Insured   Edwards Management Group LLC

Effective Date:   02/22/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.

Agent No.   53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| 043 | 001 | 917 71 Plaza Ct<br>Springdale, AR 72764-6205 | |
| 044 | | 920 71 Plaza Ct<br>Springdale, AR 72764-6213 | |
| 044 | 001 | 920 71 Plaza Ct<br>Springdale, AR 72764-6213 | |
| 045 | | 331 E Robinson Ave<br>Springdale, AR 72764-7127 | |
| 045 | 001 | 331 E Robinson Ave<br>Springdale, AR 72764-7127 | |
| 046 | | 2601 1/2 Cambridge St<br>Springdale, AR 72764-6931 | |
| 046 | 001 | 2601 1/2 Cambridge St<br>Springdale, AR 72764-6931 | |
| 047 | | 2701 Cambridge St<br>Springdale, AR 72764-6932 | |
| 047 | 001 | 2701 Cambridge St<br>Springdale, AR 72764-6932 | |
| 048 | | 669 E Robinson Ave<br>Springdale, AR 72764-7133 | |
| 048 | 001 | 669 E Robinson Ave<br>Springdale, AR 72764-7133 | |
| 049 | | 1295 Stewart Pl<br>Springdale, AR 72764 | |
| 049 | 001 | 1295 Stewart Pl<br>Springdale, AR 72764 | |
| 050 | | 1738 Louisiana Pl<br>Springdale, AR 72764-5707 | |
| 050 | 001 | 1738 Louisiana Pl<br>Springdale, AR 72764-5707 | |
| 051 | | 477 E Robinson Ave<br>Springdale, AR 72764-7129 | |
| 051 | 001 | 477 E Robinson Ave<br>Springdale, AR 72764-7129 | |

**Policy Number**

**CPO 3195825 - 02**

## SCHEDULE OF LOCATIONS

Named Insured    Edwards Management Group LLC

Effective Date:   02/22/2022
12:01 A.M., Standard Time

Agent Name    MCGRIFF INSURANCE SERVICES, INC.          Agent No.   53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| 052 | | 346 E Robinson Ave Springdale, AR 72764-7128 | |
| 052 | 001 | 346 E Robinson Ave Springdale, AR 72764-7128 | |
| 053 | | AR HWY 12 HINDSVILLE, AR 72738 | |
| 053 | 001 | AR HWY 12 HINDSVILLE, AR 72738 | |
| 054 | | 602 E Robinson Ave Springdale, AR 72764-7134 | |
| 054 | 001 | 602 E Robinson Ave Springdale, AR 72764-7134 | |
| 055 | | JOHNSON LN BELLA VISTA, AR 72715 | |
| 055 | 001 | JOHNSON LN BELLA VISTA, AR 72715 | |
| 056 | | BUTTERFIELD COACH RD SPRINGDALE, AR 72764 | |
| 056 | 001 | BUTTERFIELD COACH RD SPRINGDALE, AR 72764 | |
| 057 | | CORNER OF POWELL AND GAGE SPRINGDALE, AR 72764 | |
| 057 | 001 | CORNER OF POWELL AND GAGE SPRINGDALE, AR 72764 | |
| 058 | | END OF CRYSTAL DR FAYETTEVILLE, AR 72701 | |
| 058 | 001 | END OF CRYSTAL DR FAYETTEVILLE, AR 72701 | |
| 059 | | EAST AND SOUTH SPRINGDALE, AR 72762 | |
| 059 | 001 | EAST AND SOUTH, CANNON EXPRESS SPRINGDALE, AR 72762 | |
| 060 | | EAST OF HIGHWAY 265 S SPRINGDALE, AR 72764 | |

Policy Number

CPO 3195825 - 02

## SCHEDULE OF LOCATIONS

Named Insured    Edwards Management Group LLC

Effective Date:   02/22/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.        Agent No.   53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| 060 | 001 | EAST OF HIGHWAY 265 S SPRINGDALE, AR 72764 | |
| 061 | | 7100 POWELL ST SPRINGDALE, AR 72764 | |
| 061 | 001 | 7100 POWELL ST SPRINGDALE, AR 72764 | |
| 062 | | 4310 W Martin Luther King Blvd Fayetteville, AR 72704-7731 | |
| 062 | 001 | 4310 W Martin Luther King Blvd Fayetteville, AR 72704-7731 | |
| 063 | | 2988 S School Ave Fayetteville, AR 72701-8218 | |
| 063 | 001 | 2988 S School Ave Fayetteville, AR 72701-8218 | |
| 064 | | 1253 W Henri De Tonti Blvd Tontitown, AR 72762-9616 | |
| 064 | 001 | 1253 W Henri De Tonti Blvd Tontitown, AR 72762-9616 | |
| 065 | | 4366 W Martin Luther King Blvd Fayetteville, AR 72704-7731 | |
| 065 | 001 | 4366 W Martin Luther King Blvd Fayetteville, AR 72704-7731 | |
| 066 | | 2508 Turner St Springdale, AR 72764-7158 | |
| 066 | 001 | 2508 Turner St Springdale, AR 72764-7158 | |
| 066 | 002 | 2508 Turner St Springdale, AR 72764-7158 | |
| 066 | 003 | 2508 Turner St Springdale, AR 72764-7158 | |
| 067 | | 2512 Turner St Springdale, AR 72764-7158 | |
| 067 | 001 | 2512 Turner St Springdale, AR 72764-7158 | |

Policy Number

CPO 3195825 - 02

## SCHEDULE OF LOCATIONS

Named Insured   Edwards Management Group LLC

Effective Date:   02/22/2022
12:01 A.M., Standard Time

Agent Name   MCGRIFF INSURANCE SERVICES, INC.          Agent No.   53683000

| Loc. No. | Bldg. No. | Designated Locations (Address, City, State, ZIP Code) | Occupancy |
|---|---|---|---|
| 068 | | 2600 Turner St<br>Springdale, AR 72764-7160 | |
| 068 | 001 | 2600 Turner St<br>Springdale, AR 72764-7160 | |
| 069 | | 565 Gage Pl<br>Springdale, AR 72764-7738 | |
| 069 | 001 | 565 Gage Pl<br>Springdale, AR 72764-7738 | |
| 070 | | 181 S Mantegani Rd<br>Tontitown, AR 72762 | |
| 070 | 001 | 181 S Mantegani Rd<br>Tontitown, AR 72762 | |
| 071 | | 1501 S Old Missouri Rd<br>Springdale, AR 72764-1158 | |
| 071 | 001 | 1501 S Old Missouri Rd<br>Springdale, AR 72764-1158 | |
| 072 | | 428 E Robinson Ave<br>Springdale, AR 72764-7130 | |
| 072 | 001 | 428 E Robinson Ave<br>Springdale, AR 72764-7130 | |
| 073 | | 3031 W Topaz Dr<br>Fayetteville, AR 72704-6539 | |
| 073 | 001 | 3031 W Topaz Dr<br>Fayetteville, AR 72704-6539 | |
| 074 | | 350 E Robinson Ave<br>Springdale, AR 72764-7128 | |
| 074 | 001 | 350 E Robinson Ave<br>Springdale, AR 72764-7128 | |

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

    Copyright, Insurance Services Office, Inc., 1998

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007
IL 00 21 09 08

IL 01 99 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM LIABILITY COVERAGE FORM
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

We will be entitled to recovery only after the insured ("insured") has been fully compensated for the loss or damage sustained, including expenses incurred in obtaining full compensation for the loss or damage.

© ISO Properties, Inc., 2007

IL 02 31 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ARKANSAS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

**b.** We will refund the pro rata unearned premium if the policy is:

(1) Cancelled by us or at our request;

(2) Cancelled but rewritten with us or in our company group;

(3) Cancelled because you no longer have an insurable interest in the property or business operation that is the subject of this insurance; or

(4) Cancelled after the first year of a prepaid policy that was written for a term of more than one year.

**c.** If the policy is cancelled at the request of the first Named Insured, other than a cancellation described in **b.(2)**, **(3)** or **(4)** above, we will refund 90% of the pro rata unearned premium. However, the refund will be less than 90% of the pro rata unearned premium if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

**d.** The cancellation will be effective even if we have not made or offered a refund.

**e.** If the first Named Insured cancels the policy, we will retain no less than $100 of the premium, subject to the following:

(1) We will retain no less than $250 of the premium for the Equipment Breakdown Coverage Part.

(2) We will retain the premium developed for any annual policy period for the General Liability Classifications, if any, shown in the Declarations.

(3) If the Commercial Auto Coverage Part covers only snowmobiles or golfmobiles, we will retain $100 or the premium shown in the Declarations, whichever is greater.

(4) If the Commercial Auto Coverage Part covers an "auto" with a mounted amusement device, we will retain the premium shown in the Declarations for the amusement device and not less than $100 for the auto to which it is attached.

© ISO Properties, Inc., 2007

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect More Than 60 Days**

**a.** If this policy has been in effect more than 60 days or is a renewal policy, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy or in presenting a claim under the policy;

**(3)** The occurrence of a material change in the risk which substantially increases any hazard insured against after policy issuance;

**(4)** Violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or its occupancy which substantially increases any hazard insured against under the policy;

**(5)** Nonpayment of membership dues in those cases where our by-laws, agreements or other legal instruments require payment as a condition of the issuance and maintenance of the policy; or

**(6)** A material violation of a material provision of the policy.

**b.** Subject to Paragraph **7.c.**, if we cancel for:

**(1)** Nonpayment of premium, we will mail or deliver written notice of cancellation, stating the reason for cancellation, to the first Named Insured and any lienholder or loss payee named in the policy at least 10 days before the effective date of cancellation.

**(2)** Any other reason, we will mail or deliver notice of cancellation to the first Named Insured and any lienholder or loss payee named in the policy at least 20 days before the effective date of cancellation.

**c.** The following applies to the Farm Umbrella Liability Policy, Commercial Liability Umbrella Coverage Part and the Commercial Automobile Coverage Part:

**(1)** If we cancel for nonpayment of premium, we will mail or deliver written notice of cancellation, stating the reason for cancellation, to the first Named Insured and any lienholder or loss payee named in the policy, and any lessee of whom we have received notification prior to the loss, at least 10 days before the effective date of cancellation;

**(2)** If we cancel for any other reason, we will mail or deliver notice of cancellation to the first Named Insured and any lienholder or loss payee named in the policy, and any lessee of whom we have received notification prior to the loss, at least 20 days before the effective date of cancellation.

**C.** Paragraph **g.** of the **Mortgageholders** Condition, if any, is replaced by the following:

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder:

**(1)** As soon as practicable if nonrenewal is due to the first Named Insured's failure to pay any premium required for renewal; or

**(2)** At least 60 days before the expiration date of this policy if we nonrenew for any other reason.

**D.** The following Condition is added and supersedes any other provision to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy, we will mail to the first Named Insured shown in the Declarations, and to any lienholder or loss payee named in the policy, written notice of nonrenewal at least 60 days before:

**a.** Its expiration date; or

**b.** Its anniversary date, if it is a policy written for a term of more than one year and with no fixed expiration date.

However, we are not required to send this notice if nonrenewal is due to the first Named Insured's failure to pay any premium required for renewal.

The provisions of this Paragraph **1.** do not apply to any mortgageholder.

**2.** We will mail our notice to the first Named Insured's mailing address last known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

© ISO Properties, Inc., 2007     IL 02 31 09 08

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.



# Sanctions Exclusion Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

The following exclusion is added to the policy to which it is attached and supersedes any existing sanctions language in the policy, whether included in an Exclusion Section or otherwise:

SANCTIONS EXCLUSION

Notwithstanding any other terms under this policy, we shall not provide coverage nor will we make any payments or provide any service or benefit to any insured, beneficiary, or third party who may have any rights under this policy to the extent that such cover, payment, service, benefit, or any business or activity of the insured would violate any applicable trade or economic sanctions law or regulation.

The term policy may be comprised of common policy terms and conditions, the declarations, notices, schedule, coverage parts, insuring agreement, application, enrollment form, and endorsements or riders, if any, for each coverage provided. Policy may also be referred to as contract or agreement.

We may be referred to as insurer, underwriter, we, us, and our, or as otherwise defined in the policy, and shall mean the company providing the coverage.

Insured may be referred to as policyholder, named insured, covered person, additional insured or claimant, or as otherwise defined in the policy, and shall mean the party, person or entity having defined rights under the policy.

These definitions may be found in various parts of the policy and any applicable riders or endorsements.

All other terms and conditions of this policy remain unchanged.



# Important Notice to Arkansas Policyholders

Inquiries concerning your policy should be directed to your insurance agent, if one is involved, at the name, address and telephone number shown on the policy and/or in the material accompanying the policy. If you have additional questions, you may contact Zurich North America Commercial at the following address and telephone number:

Customer Inquiry Center

Zurich North America Commercial

1299 Zurich Way

Schaumburg, IL 60196

1-800-382-2150

Policyholders have the right to file a complaint with the Arkansas Insurance Department (AID). You may call AID to request a complaint form at (800) 852-5494 or (501) 371-2640 or write the Department at:

Arkansas Insurance Department
1 Commerce Way, Suite 102

Little Rock, Arkansas 72202

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



# Commercial Property Coverage Part Declarations

**Zurich American Insurance Company**

**NAMED INSURED:**

Edwards Management Group LLC

**POLICY NUMBER:**  CPO 3195825 - 02

**POLICY PERIOD:**

From:  02/22/2022  To:  02/22/2023
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS

## SUMMARY OF PREMISES

**PREMISES #**  1

**PREMISES ADDRESS**
2100 Turner St
Springdale, AR  72764-7150

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | $721,000 |
| EARTH MOVEMENT (SCHEDULE A) | $721,000 |
| FLOOD (SCHEDULE I) | $721,000 |
| OFF-PREMISES SERVICE INTERRUPTION - DIRECT DAMAGE | NOT COVERED |

| DEDUCTIBLE | AMOUNT |
|---|---|
| PROPERTY DEDUCTIBLE | $100,000 |
| EARTH MOVEMENT (SCHEDULE A) | $250,000 |
| FLOOD (SCHEDULE I) | $250,000 |
| WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT | $100,000 |



# Commercial Property Coverage Part Declarations

**Zurich American Insurance Company**

**NAMED INSURED:**

Edwards Management Group LLC

**POLICY NUMBER:**   CPO 3195825 - 02

**POLICY PERIOD:**

From:  02/22/2022  To:  02/22/2023
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS

---

**SUMMARY OF PREMISES**

---

**PREMISES #**  2

**PREMISES ADDRESS**
2009 S Arkola Dr
Springdale, AR  72764-7031

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | $180,000 |
| EARTH MOVEMENT (SCHEDULE A) | $180,000 |
| FLOOD (SCHEDULE I) | $180,000 |
| OFF-PREMISES SERVICE INTERRUPTION - DIRECT DAMAGE | NOT COVERED |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT (SCHEDULE A) | $25,000 |
| FLOOD (SCHEDULE I) | $50,000 |
| WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT | $25,000 |

---



# Commercial Property Coverage Part Declarations

**Zurich American Insurance Company**

**NAMED INSURED:**

Edwards Management Group LLC

**POLICY NUMBER:**   CPO 3195825 **-** 02

**POLICY PERIOD:**

From:  02/22/2022  To:  02/22/2023
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS

---

**SUMMARY OF PREMISES**

---

**PREMISES #**  3

**PREMISES ADDRESS**
2300 Ford Ave
Springdale, AR  72764-4704

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | $700,000 |
| EARTH MOVEMENT (SCHEDULE A) | $700,000 |
| FLOOD (SCHEDULE I) | $700,000 |
| OFF-PREMISES SERVICE INTERRUPTION - DIRECT DAMAGE | NOT COVERED |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| EARTH MOVEMENT (SCHEDULE A) | $250,000 |
| FLOOD (SCHEDULE I) | $250,000 |
| WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT | $25,000 |

---



# Commercial Property Coverage Part Declarations

**Zurich American Insurance Company**

**NAMED INSURED:**

Edwards Management Group LLC

**POLICY NUMBER:**  CPO 3195825 - 02

**POLICY PERIOD:**

From:  02/22/2022  To:  02/22/2023
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS

## SUMMARY OF PREMISES

| PREMISES #  4 | PREMISES ADDRESS<br>275 E Robinson Ave<br>Springdale, AR  72764-7125 |
|---|---|

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | $8,701,875 |
| PERSONAL PROPERTY | $600,000 |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $5,000,000 |
| FLOOD (SCHEDULE I) | $5,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION - DIRECT DAMAGE | NOT COVERED |

| DEDUCTIBLE | AMOUNT |
|---|---|
| PROPERTY DEDUCTIBLE | $250,000 |
| EARTH MOVEMENT (SCHEDULE A) | $250,000 |
| FLOOD (SCHEDULE I) | $250,000 |
| WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT | $264,684 |



# Commercial Property Coverage Part Declarations

**Zurich American Insurance Company**

**NAMED INSURED:**

Edwards Management Group LLC

**POLICY NUMBER:**  CPO 3195825 - 02

**POLICY PERIOD:**

From:  02/22/2022   To:  02/22/2023
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS

**SUMMARY OF PREMISES**

**PREMISES #**  5

**PREMISES ADDRESS**
275A E Robinson Ave
Springdale, AR  72764-7125

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | $6,299,063 |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $5,000,000 |
| FLOOD (SCHEDULE I) | $5,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION - DIRECT DAMAGE | NOT COVERED |

| DEDUCTIBLE | AMOUNT |
|---|---|
| PROPERTY DEDUCTIBLE | $250,000 |
| EARTH MOVEMENT (SCHEDULE A) | $250,000 |
| FLOOD (SCHEDULE I) | $250,000 |
| WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT | $250,000 |



# Commercial Property Coverage Part Declarations

**Zurich American Insurance Company**

| | |
|---|---|
| **NAMED INSURED:** | **POLICY PERIOD:** |
| Edwards Management Group LLC | From:  02/22/2022   To:  02/22/2023 |
| | 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS |

**POLICY NUMBER:**   CPO 3195825 - 02

**SUMMARY OF PREMISES**

| | |
|---|---|
| **PREMISES #**  6 | **PREMISES ADDRESS**<br>275B E Robinson Ave<br>Springdale, AR  72764-7125 |

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | $6,685,500 |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $5,000,000 |
| FLOOD (SCHEDULE I) | $5,000,000 |
| OFF-PREMISES SERVICE INTERRUPTION - DIRECT DAMAGE | NOT COVERED |

| DEDUCTIBLE | AMOUNT |
|---|---|
| PROPERTY DEDUCTIBLE | $250,000 |
| EARTH MOVEMENT (SCHEDULE A) | $250,000 |
| FLOOD (SCHEDULE I) | $250,000 |
| WIND AND HAIL--DIRECT DAMAGE AND TIME ELEMENT | $250,000 |

# Commercial Property Coverage Part Declarations

**Zurich American Insurance Company**

**NAMED INSURED:**

Edwards Management Group LLC

**POLICY NUMBER:** CPO 3195825 - 02

**POLICY PERIOD:**

From: 02/22/2022  To: 02/22/2023
12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS

---

**SUMMARY OF PREMISES**

---

| PREMISES # 7 | PREMISES ADDRESS |
|---|---|
| | 275C E Robinson Ave |
| | Springdale, AR  72764-7125 |

---

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| REAL PROPERTY | $2,943,000 |
| BUSINESS INCOME AND EXTRA EXPENSE | INCLUDED IN BLANKET LIMIT OF INSURANCE |
| EARTH MOVEMENT (SCHEDULE A) | $3,199,275 |
| FLOOD (SCHEDULE I) | $3,199,275 |
| OFF-PREMISES SERVICE INTERRUPTION - DIRECT DAMAGE | NOT COVERED |

---

| DEDUCTIBLE | AMOUNT |
|---|---|
| PROPERTY DEDUCTIBLE | $100,000 |
| EARTH MOVEMENT (SCHEDULE A) | $250,000 |
| FLOOD (SCHEDULE I) | $250,000 |

---